[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS



FILED
10/17/2020
TL
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| Haroon Arrasheed | **Case Number:** 1:19-cv-0716 |
| Plaintiff | |
| v. | **Judge:** Honoroable Steven C. Seeger |
| Chicago Public Schools CPS | **Magistrate Judge:** Honorable M. David Weisman |
| Defendant | |

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

The Plaintiff Haroon Arrasheed, former employee of Chicago Public Schools (CPS) had his Civil Rights violated by employees of CPS Civil Rights Complaint Pursuant to
42 U.S.C. § 1983 (non- prisoners). Some of the same employees also violated the American Disabilities Act by not complying with the accommodations provided by CPS' ADA Department.

Carolyn Jourdan, former Manager of the Career and Technical Education (CTE) Team was hired by nepotism in August 2017. After she received a vote of no confidence for being the Principal of Roosevelt High School, she needed a job. She was selected by her friend who hired her as a teacher 20 years ago by the then Chief of Office of Career and Success (OCCS) Alan Mather.

Carolyn came to The Central Office of Chicago Public Schools came with a record of complaints, accusations of racism, bullying harassment. She does outrageous acts in front of witnesses. She often lies in order to discriminate, harass, bully, etc. She lies even when there's several witnesses present, several witnesses on a group forums and several witnesses via email observing the complete opposite of her prejudiced behaviour.

The Plaintiff personally witnessed Carolyn bully, harass and intimidate a student. He personally sent a complaint to the Office of the Inspector General (OIG) of CPS. The complaint was filed in Winter 2019. He listed names, dates, location, witnesses the teacher of the student, etc. She has not been reprimanded. She's had several complaints filed against with the EOCO Department at CPS and still has a license to do whatever she wants. She's enabled and protected by CPS.

Three minority veterans with 10 - 13 years of CTE experience as Sr. Program Coordinators (Prog. Managers) were passed up for this role. Part of the hiring process included an assessment. An assessment that no one working outside of OCCS and CTE could complete. The assessment was geared towards improving processes within internal CTE Teams. An outsider like Carolyn Jourdan couldn't possibly complete such an assessment successfully. Her hiring of her was pure nepotism committed by Alan Mather. Rita followed suit with "placing" four of her trusted employees in roles in the Central Office almost immediately after her arrival from her last place of employment, Wells High School. One of those employees was Shadia Daniels.

Rita violated the rights *(Civil Rights Complaint Pursuant to 42 U.S.C. § 1983 (non- prisoners))* of Plaintiff by putting her friend and research writer for her Doctorate (Rita's), Shadia Daniels in the role of CTE Information Technology Curriculum Specialist. As the CTE IT Program Coordinator, the Plaintiff was the only one that knew all of the curricula for the cluster, vendors, licenses, etc. Had great relationships and rapport with all of the Technology and Computer Science Teachers. He taught 4 or 5 of the curricula and also was an Adjunct Professor for City Colleges which is needed by the six STEM High Schools. Shadia Daniels did not have this experience. The Plaintiff knew that once Shadia Daniels was entered in the race for the Curriculum Specialist that he wouldn't get the job. He knew about the relationship between Rita and Shadia. Also he knew that Shadia Daniels wrote Rita's dissertation for her Doctorate, he didn't have a chance.

1

The excuse given to the Plaintiff for not hiring him was that he didn't have a traditional education degree mandated by Human Resources. He was also told that the person in that role would need to modify more than one curriculum. The Plaintiff's degrees, experiences, licenses, and certifications include curriculum from seven different curriculum.

Prior to Shadia Daniels being interviewed for the Information Technology Curriculum Role, she had been interviewed for the Computer Science CS Curriculum Role. Shadia did not land that role which is almost the same role, Computers Science and Technology Curriculum. Two of the very same people that interviewed her for the CS curriculum role interviewed her not too long after and she landed the CTE IT Information Technology role. The main difference in the roles is that Lucia Detorri was the Executive Director of the Computer Science Department and Rita was the Executive Director for OCCS. Both departments fall under OCCS. Shadia wasn't good enough for Lucia but good enough for Rita. When Shadia interviewed for the CTE IT Curriculum Specialist role, curriculum experience appeared almost everywhere on her resume.

Rita (Rituparna) Raichoudhuri was hired in October 2017 as Executive Director of OCCS . She was the Principal from Wells High School in the CPS School District. Rita replaced former Executive Director of OCCS, Veenu Verma.

Immediately after they both Carolyn and Rita were hired they created a very hostile environment. They created a culture of fear, *'gotcha', 'I'm going to get you',* and the environment within our department. Also, any accusation (false or factual) that was said via any channel or by anyone was used against the team members, especially the Plaintiff without any type of investigation of the Plaintiff having the opportunity to please his case.

The Plaintiff was treated differently than his other teammates. The main difference between the Plaintiff and his other minority teammates is that is he in an African American Male Muslim that has two disabilities. Carolyn Jourdan and Rita Raichoudhuri also violated the ADA act by ignoring the accommodations provided by the ADA by doing the complete opposite of the accommodations that were approved for the Plaintiff.

In August 2018, Plaintiff Plaintiff had a constructive discharge as a Sr.Career and Technical Education (CTE) for Information Technology from the Central Office of Chicago Public Schools. He resigned from his position and took another lower paying position at Nicholson STEM Academy, an elementary school within the CPS District. He had no choice due to the hostile work environment that Rita Raichoudri and Carolyn Jourdan created with a blind eye from Chief Alan Mather.

The character of the Plaintiff defamed his character by using the testimony of an employee in May 2018. The employee gave a documented **two year testimony** but was hired around March 2018 or April 2018. She was employed for two months but gave a two year testimony. Part of her testimony was that a high level Apple Executive was disrespected by Plaintiff in a

2

meeting with up to 12 people that their witness was 25 minutes late to. With her disrespectful tardiness, in reality she missed Plaintiff's presentation in the meeting.

The Plaintiff had / has two documented disabilities. He sought assistance from the internal ADA (American Disabilities Act) department in CPS when his disability got worse. After approval of accommodations, a letter was sent to Alan, Rita and Carolyn. At the point, Rita and Carolyn increased their harassment, bullying, intimidation, and deliberate derailment of essential work that needed to be done. For instance, Carolyn started scheduling one on one meetings with Plaintiff sometimes twice per week and started giving him daily fictitious deadlines in order to create a 65 page PIP Performance Improvement Plan write up. A PIP that had been revised three times in order to trap Mr. Plaintiff.

The CTE Team has six other employees. Some hadn't had a one on one with Carolyn in more than a month. Some didn't meet with her but every other week. Plaintiff received different treatment than his team members on more than one occasion.

After Carolyn's behavior continued, the Plaintiff requested more assistance from the ADA. Plaintiff was then told by that member of the ADA Department that it is their duty to inform him to file a complaint when they notice discrimination. Plaintiff filed a complaint with the internal office of Ethics within Chicago Public School in their Equal Opportunity Compliance Office (EOCO) Department. To his knowledge, nothing was investigated. Plaintiff then filed a claim with the EOCO and was granted the right to sue Chicago Public Schools.

Prior to The Plaintiff filing a complaint with the EOCO he complained to Chief Alan Mather, Human Resources Director Christina Jourdan, Deputy Chief of OCCS Manisha Jacoby, an internal ADA that's an attorney. The Plaintiff also sought advice unofficially from many people in CPS, including the members of the Chicago Teachers Union (CTU), Managers, Administrative Assistants to high level people besides the attorney for the ADA that noticed that he was being discriminated against and told him to file a complaint.

1. The Plaintiff Haroon Arrasheed was an almost six-year respected employee of Chicago Public Schools. He worked as an Information Technology at two STEM High Schools and as an Adjunct Professor for dual enrollment with Richard Daley College and Sarah Goode High School. He served under three different principals for three years as a teacher from August 2013 through June 2016. After teaching, after going through a round of interviews, he was then hired by Broad Scholar Veenu Verma Executive Director of OCCS as a Sr. Information Technology Career and Technical Education Program Manager.

3

2. After one year of the Plaintiff working as Sr. Information Technology Career and Technical Education Program Coordinator, Carolyn Jourdan became his manager.. via any channel or by anyone was used against the team members, especially me.

3. In my case, they tried about eight to ten times to get me by creating fake issues, soliciting bogus information, etc.. They finally created several bogus stories, data, etc. to finally get me. When they did, their method(s) of attack was via a Performance Improvement Plan or PIP. They actually placed me on three PIPs full of bogus information. For instance, I was accused of violating an attendance policy by not having a detailed description of a meeting on my calendar. The evidence that they produced was a screenshot of another employee's calendar, not mine.

4. Carolyn Jourdan under the leadership of Rita Raichoudhuri with the hostile environment that they created, hostile acts, bullying, intimidation, harassment and outright fictional stories, created several traps in order to ruin the Plaintiff's character, work ethic, career, reputation, qualifications, experience, etc. so that he wouldn't be allowed to work in an environment such as Chicago Public Schools anymore. The Plaintiff has many credentials that are still unmatched by anyone in CTE or the Computer Science Dept. The Plaintiff left the Information Technology Industry in order to teach Technology in the inner city. He changed his lifestyle and his family's lifestyle in order to help other people. His work ethic, experience etc. was highly praised until Caroyln Jourdan with no CTE or Information Technology experience decided that she didn't like him and that he needed to go.

5. Some of the attacks against the Plaintiff are documented in three Performance Improvement Plans (PIP). The last PIP was 65 pages. There were several accusations that Rita Raichoudri and Carolyn Jourdan solicited from other employees in the OCCS Department. The Plaintiff was never informed, notified or given an opportunity from Management to clear up doubts, plead his case etc. The Plaintiff also believes that there were other motives and deceitful measures taken in order to receive such information. Also, the Plaintiff believes that the employees that were solicited may have provided false information out of fear of retaliation from Rita and Carolyn due to the hostile environment that they created.

6. The first improvement plan was about a yearly capstone event that was to take place in May 2018. The planning for the event started in May 2017, months before Carolyn and Rita started in the OCCS Department. The planning started in May 2017 at the end of the same event when the hosts at the venue told the Plaintiff that they would host again in 2018. Carolyn and Rita have never attended or participated in a Capstone Event.
7.
    *PIP meeting one - Lied about the event, refused to look at my calendar

4

8.  The Plaintiff complained directly to the Chief of The Office of College and Career Success about the matter Alan Mather. Alan questioned Caroyln about the false claims that she made. after she had been getting away with doing whatever she wanted, even in front of several witnesses (including mistakenly harassing a student at an event accusing her of being out of uniform, she had no authority, place or professionalism in her method) Unfortunately, she lied again to Alan with her However, her response. She told Alan that she told each and every one of my teammates that if they get a calendar request that doesn't have great details to edit the person's meeting invite into their calendar and to edit it yourself. Also, if the calendar isn't detailed enough, create a copy of the meeting invite on your calendar and detail it there. This is a great example of the absurd lies that Carolyn told and people blindly accepted it. I personally asked ALL of my teammates if Carolyn instructed them to do so and the answer was no.

9.  The Plaintiff complained directly to the Chief Alan Mather about the ridiculous claims around May 2018. The claim that the Plaintiff

10. Every year there's a major CTE even for most if not all CTE Programs called the Capstone. The CTE IT Cluster, that the Plaintive Managed is the largest cluster. IT involves around 55 teachers from 35 schools. The Plaintiff As a former Information Technology Teacher has experienced three of these events and then became the main person to plan the event twice. However, after the last event the Plaintiff was then ordered to attend a meeting that included Carolyn and Mary Ernesty from the legal department. Carolyn stated that the Plaintive made everything up about the Capstone and the planning of the IT Capstone. The Plaintiff had several meetings dating prior to Carolyn being his manager that he displayed in this meeting, Carolyn and Maryrefused to look at his calendar and continue with the disciplinary action.

11. In a PIP meeting in July 2018 with Carolyn and Mary Ernesti, Carolyn produced 65 pages of incorrect information, solicited information from colleagues that made up, twisted, spun etc. Carolyn presented a marked up 'run of ' document that was used from the previous year to "show" me how to do it. She presented her lies about the events as facts that are completely incorrect. The document that she presented wasn't used for the 2018 Capstone, it was used for the 2017 Capstone. The CTE Department paid a Project Manager $25,000 to create that document. The document was approved by Veenu (Broad scholar) as well. The Plaintive emailed a completely different run of show to all of his teachers, Carolyn, volunteers, etc. That wasn't the only lie that Carolyn emotionally lied about. She also presented a volunteer list with one or two names handwritten allegedly by the Plaintiff as proof that his event was a mess. volunteers (who are volunteers from previous events). The Plaintiff has a Masters in IT, he doesn't handwrite much of anything. He actually submitted a Google form to his volunteers, with times they were available duties that they were assigned, etc. This data was then automatically transferred into a spreadsheet. The Plaintiff presented that electronic document to Carolyn as well but she decided to lie to HR, Legal, etc.

5

12. A major issue that happened is regarding a very large initiative that was orchestrated by the Mayor's Office (Rahm Emmanuel). Acting Director of the Computer Science Dept. of Troy Williams from a different department tried to plan, manage, implement this city-wide project by manipulating federal funds illegally that his department is not mandated to use. Troy also did not include anyone of his plan to bring Apple in under CTE. Troy was not a CTE Employee and had no rights to the funds. The Apple Technology Company formed a partnership with Chicago Public School, City Colleges of Chicago and the City of Chicago.

13. The Plaintiff reported to Carolyn that Troy Williams was discriminating against him and manipulating the system to underhandedly bring Apple into our district. He explained that Troy's actions violated many rules of the Federal Perkins Grant, Carolyn decided to protect Troy told the Plaintiff that he may be jealous of Troy. She also told him that I have personal issues with Troy, not the business of trying to prevent fraud.

14. A Principal of a High School was about to be audited about her curriculum by an external agency. It was then exposed that her federally funded program that I supported wasn't being handled properly. Her teacher along with 3 teachers were recruited and flown out to California to learn an unauthorized curriculum in order to teach it during the school year. This teacher who happens to be a close friend of our CEO, stated in an email to his principal (friend of then Mayor Emmanuel) very clearly the plan to turn his school into a pilot program to become a school hosted by Apple. He stated that he was given the go-ahead from then-director Brenda Wilkerson and District Integration Manager Troy Williams. I had no involvement in that process. If that school had been audited by the Illinois State Board of Education, all of our funding would be in jeopardy and even the employment of that teacher.

15. In an emergency ordered by Rita R. I was ordered to rush to that school to calm things and assure that the teacher was teaching the right curriculum. The principal stated that her teacher was authorized by downtown (central office). I explained to her what the rules were and she was singing my praises and another employee that went with me (who's wife is an attorney) that no one downtown knew about. The principal was very happy, told us to stop by any time that we wanted, offered us candy, etc. I asked her if she could please inform Rita R. of this and she said that she had been texting her the whole time and put in a good word. About a week later, I asked Rita if she had spoken to that principal "her friend". She responded by saying that she hadn't spoken to her and hadn't heard anything. I knew that at that point, Rita was planning on somehow manipulating that situation and she did.

16. Despite a teacher stating clearly that I wasn't involved, etc. They decided to put the blame on me. Rita asked Carolyn to ask me to reply to an email that the principal her

6

friend sent informing her of the rules, etc. regarding authorized programs, etc. This conversation was above my pay grade, I knew that they were up to something. They had me write an email that they edited and approved to send to the principal. At first, the principal complied and said that things will be fine and that they will follow the rules. Carolyn then asked me to reply to her and ask her if her teacher would get students certified by the end of the year. It was really a moot point that close to the end of the year. A screen capture of the video showing Rita and Carolyn's edits can be viewed here: https://goo.gl/AwyLfA

17. The principal then responded and berated me about how she felt threatened by receiving an email so late at night, she's unfamiliar with how the program works, unfamiliar with federal law etc. She was very upset and she also lied. You can't have a CTE Program at your school unless you're fully informed. There's an application process, site visits, vetting process etc. Carolyn then ordered me not to respond to the email anymore and that Rita would take over.

18. This time Rita responded immediately and told the principal to call her. Next, the principal responded in a very positive and way over the top. She praised Rita (her friend) on her great support and customer service. It was a complete setup, railroad, etc. Whatever acronym fits.

19. There are many examples from my story on how principals protect one another. One story included a principal lying on me saying that I hadn't visited his school. I had been there five or six times, checked in with him, physically signed in & swiped in. The proof is there but it didn't matter because a principal said it. He has now been removed from his school because he allowed a volunteer to be hired as a coach and the coach had 40 reported sexual abuse incidents there with a student. Is his word is valid?

20. Other lies include being blamed for an epic failure for a city wide Apple project where I deliberately left out of planning, the announcement, partnership with City College, the City of Chicago, etc. I was accused of misusing funds that deliberately were being held up by the very person (Troy. Williams) who was discriminating against me, attacking my character, etc. . Next, I was accused of not participating in (Apple, Computer Science Dept. CAFECS, etc.) meetings that Troy deliberately didn't invite me to. Troy was protected by Alan Mather, Rita, Carolyn as if he was a principal. I was accused of disrespecting a high-level Apple representative by Luccia Detori (Directory of Computer Science Department) who was 25 min late to the meeting and missed my presentation. I was accused of not supporting a server at a school that I never ordered, have never order, and didn't exist. I was managed programs not hardware. Accused of tampering with my time at work (not having details in meeting request that came from other people).

7

21. I was sick and sought help from the ADA dept. They complied, however, Carolyn and Rita sensed blood. Carolyn began to give me (only) daily deadlines and started meeting with twice per week to "help" me. Nothing in CPS moves daily. It was fictitious deadlines to make me look like an idiot and that I couldn't handle my job duties. I mentioned that Carolyn was acting in that manner to the ADA. I was then told by the ADA Department, that when they hear discrimination and harassment, they are obligated to connect me with the EOCO department to file a claim.

22. I filed and the EOCO Department never responded, neither did the HR department. On August, 27thI left the department and went to Nicholson STEM Academy Elementary School. I was still a CPS employee, however, Carolyn acted as if I wasn't. She called my new administration/bosses from Nicholson and railroaded me. Carolyn did this by more lying, embellishing the truth, etc, by making it seem as if I was stealing a laptop a laptop that was assigned to me from the IT Department at CPS. Carolyn and I had a discussion verbally and via email about me returning the laptop. We agreed on the date of the return and who I would return it to.

23. After our agreement, Carolyn then sent an email to my Principal Dr. Judith Gibbs prior to Carolyn Calling her to lie to my boss. She told her that I was completely unresponsive, that I couldn't keep the laptop, etc. She said that the laptop belonged to the CTE Department and that it's against the rules in order for me to keep while still being employed by CPS. She did this only to railroad me and completely make me look bad, incompetant, a thief, etc. I replied to her lying email with screenshots, etc. proving that we had communicated about returning the laptop and who the laptop would be return to. I copied several people on the email including Christina Jordan, members form the EOCO, department etc. No one did anything about it.

24. My Teammate David Blackmon also left the CTE department about a month or two prior to me to go to another department within CPS. He took his laptop with him as well. He still has it after a year. Carolyn did not reach out to him, his boss or IT department for his laptop in order to railroad him.. None of my teammates went through any of this, the plaintiff was treated differently

25. The most recent incidents that I have experienced has been not only not being given a fair chance for employment but also, I've been contacted on 3 - 4 times from outside consulting firms recruiting for Chicago Public Schools. They have recognized my credentials, experience, qualifications, etc. They all but guaranteed that I would get an interview. At least one of the roles was directly connected to the IT Department, STEM High Schools, etc. I knew that I wouldn't even get an interview when I was told what

8

    department it was in. Not to my surprise, I didn't get an interview. However, the recruiters from the firm were very shocked that I hadn't received an interview.

26. I want my character assassination to stop, my reputation back, my PIPs destroyed, Alan, Carolyn, Rita, Troy, Christina Jordan, Allie Parker, Shadia Daniels, etc. to be exposed, repremanded and punished for the railroading, lying, producing fake documents, me not being able to get hired by another department, etc. within Chicago Public.

27. Troy Wiliams maliciously attempted to implement Apple's Curriculum into the CPS by using Perkins Funding mandated by the Illinois State Board of Education (ISBE) by use of equipment that was paid for by these federal funds need to be exposed as well. Lastly, the Career and Technical Education Department to be exposed to the Illinois State Board of Education for bending the rules with our Federal funding to protect principals, friends of principals, etc. hiring teachers that aren't qualified, not vetting teachers experience in order to become CTE Teachers but still receiving licenses needs to be exposed as well. Lastly,I want to mention that one of Carolyn's victims of racism and bullying was Chance the Rapper. She was his assistant principal at Jones College Prep. H.S. He became famous after making a song to respond to her bullying, discriminatory behavior, etc. and mentioning her by name.

Relief:

The Plaintiff is requesting compensation for the years that suffered at the hands of Carolyn Jourdan, Rita Raichoudari, Alan Mather and all parties involved from CPS. The Plaintiff is also seeking relief compensation for pain and suffering, loss of wages and emotional distress defamation of character. The Plaintiff wants his Human Resources and disciplinary records wiped clean of any and all of the fictitious claims that Carolyn Jourdan, Rita and other CPS Parties fictitiously and maliciously committed. These people need to not be able to work around children and to be placed on the do not hire list of CPS.