[If you need additional space for ANY section, please attach an additional sheet and reference that section.]



**FILED**
1/7/2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

TL

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**1:19-CV-7614**

| | |
|---|---|
| Haroon Arrasheed | ) |
| Plaintiff | ) **Case Number:** 1:19-cv-0716 |
| | ) |
| v. | ) **Judge:** Honoroable Steven C. Seeger |
| | ) |
| Chicago Public Schools CPS | ) **Magistrate Judge:** Honorable M. David Weisman |
| Defendant | ) |

I am filing this motion requesting leave to file a response to a motion to dismiss. Due to the holidays, I was unable to get an appointment from the Pro Se Hibbler Help Desk. Since I am without counsel, I need more assistance in order to meet the standards of The Illinois Northern Federal Court for my response.

/s/ Haroon Arrasheed, 01/07/2020

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]