[If you need additional space for ANY section, please attach an additional sheet and reference that section.]



FILED
2/3/2021
KE
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

|  |  |  |
|---|---|---|
| Haroon Arrasheed | ) | **United States District Court** |
|  | ) | **Northern District of Illinois** |
| Plaintiff | ) |  |
|  | ) | **Case No.** 1:19-cv-07614 |
| v. | ) |  |
| Chicago Public Schools | ) | **Judge:** The Honorable Judge Steven C. Seeger |
|  | ) |  |
| Defendant | ) | **Magistrate Judge:** The Honorable M. David Weisman |

## COMPLAINT

I am filing this motion requesting leave to file an amended complaint.

**/s/** Haroon Arrasheed

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]