


**FILED**
6/21/2021

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

CL

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Haroon Arrasheed )
)
Plaintiff )
)
v. )
)
Chicago Public Schools CPS )
)
Defendant )

**Case Number:** 1:19-cv-0716

**Judge:** Honorable Steven C. Seeger

**Magistrate Judge:** Honorable M. David Weisman

I made a mistake and emailed the word version of my complaint. I was informed about the mistake this morning. Please excuse me and accept the corrected amended complaint. Thank you.

/s/ Haroon Arrasheed

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Haroon Arrasheed )
)   **Case Number:** 1:19-cv-0716
Plaintiff )
)   **Judge:** Honorable Steven C. Seeger
v. )
)   **Magistrate Judge:** Honorable M. David Weisman
Chicago Public Schools CPS )
)
Defendant )

/s/ Haroon Arrasheed

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

Haroon Arrasheed )
                 )
                 )
                 )
Plaintiff(s), )      Case Number: __1:19-cv-07614_____
                 )
v. )
   Chicago Public Schools )
                 )
                 )
Defendant(s). )

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is __Haroon Arrasheed_____ of the

county of__Cook_____in the state of_____Illinois_____.

3. The defendant is____Chicago Public Schools_____, whose

street address is __42 W. Madison St_____,

(city) Chicago_____(county)____Cook_____(state)__IL_____(ZIP)__60602____

(Defendant's telephone number) __(773)__ – __553-1000_____

4. The plaintiff sought employment or was employed by the defendant at (street address)

__42 W. Madison St._____(city)___Chicago_____

(county)____Cook_____(state)__IL_____(ZIP code)__60602_____

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

5.      The plaintiff [*check one box*]

(a)     ☐      was denied employment by the defendant.

(b)     ☐      was hired and is still employed by the defendant.

(c)     ☒      was employed but is no longer employed by the defendant.

6.      The defendant discriminated against the plaintiff on or about, or beginning on or about, (month)___August___, (day)___1___, (year)___2017___.

7.1     (*Choose paragraph 7.1 or 7.2, do not complete both*.)

(a)     The defendant is not a federal governmental agency, and the plaintiff [*check one box*] ☒*has*   ☐*has not* filed a charge or charges against the defendant

asserting the acts of discrimination indicated in this complaint with any of the

following government agencies:

(i)     ☒ the United States Equal Employment Opportunity Commission, on or about

(month)_____ (day)_____ (year)_____.

(ii)    ☐ the Illinois Department of Human Rights, on or about

(month)_____ (day)_____ (year)_____.

(b)     If charges *were* filed with an agency indicated above, a copy of the charge is

attached. ☒  Yes, ☐  No, **but plaintiff will file a copy of the charge within 14 days**.

It is the policy of both the Equal Employment Opportunity Commission and the Illinois

Department of Human Rights to cross-file with the other agency all charges received. The

plaintiff has no reason to believe that this policy was not followed in this case.

7.2     The defendant is a federal governmental agency, and

(a)     the plaintiff previously filed a Complaint of Employment Discrimination with the

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

2

defendant asserting the acts of discrimination indicated in this court complaint.

☐ Yes (month)_____ (day)_____ (year) _____

☐ No, did not file Complaint of Employment Discrimination

(b)     The plaintiff received a Final Agency Decision on (month)_____

(day) _____ (year) _____.

(c)     Attached is a copy of the

(i)  Complaint of Employment Discrimination,

☐ Yes     ☐ No, but a copy will be filed within 14 days.

(ii) Final Agency Decision

☐ Yes     ☐ N0, but a copy will be filed within 14 days.

8.     *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a) ☐     the United States Equal Employment Opportunity Commission has not

issued a *Notice of Right to Sue.*

(b) ☐  the United States Equal Employment Opportunity Commission has issued

a *Notice of Right to Sue*, which was received by the plaintiff on

(month)_____ (day)_____ (year)_____ a copy of which

*Notice* is attached to this complaint.

9.     The defendant discriminated against the plaintiff because of the plaintiff's [***check only***

***those that apply***]:

(a)   ☐   Age (Age Discrimination Employment Act).

(b)   ☒   Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

3

(c) ☒ Disability (Americans with Disabilities Act or Rehabilitation Act)

(d) ☒ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e) ☒ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f) ☒ Religion (Title VII of the Civil Rights Act of 1964)

(g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

10.    If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11.    Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the ADA by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791; and for the ADEA, 29 U.S.C. § 626(c).

12.    The defendant [*check only those that apply*]

(a) ☐ failed to hire the plaintiff.

(b) ☐ terminated the plaintiff's employment.

(c) ☒ failed to promote the plaintiff.

(d) ☐ failed to reasonably accommodate the plaintiff's religion.

(e) ☐ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☒ failed to stop harassment;

(g) ☐ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h) ☒ other (specify):  Accommodations were made but Manager Carolyn Jourdan and

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

4

Rita (Rituparna) Raichoudhuri violated the accommodations.

_____

_____

_____

13.     The facts supporting the plaintiff's claim of discrimination are as follows:

Please see attached.

_____

_____

_____

_____

14.     **[*AGE DISCRIMINATION ONLY*]** Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15.     The plaintiff demands that the case be tried by a jury. ☒ Yes ☐ No

16.     THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

        (a)     ☐  Direct the defendant to hire the plaintiff.

        (b)     ☐  Direct the defendant to re-employ the plaintiff.

        (c)     ☐  Direct the defendant to promote the plaintiff.

        (d)     ☐  Direct the defendant to reasonably accommodate the plaintiff's religion.

        (e)     ☐  Direct the defendant to reasonably accommodate the plaintiff's disabilities.

        (f)     ☐  Direct the defendant to (specify): _____

        _____

        _____

_____

_____

_____

(g)     ☒    If available, grant the plaintiff appropriate injunctive relief, lost wages,
             liquidated/double  damages, front pay, compensatory damages, punitive
             damages, prejudgment interest, post-judgment interest, and costs, including
             reasonable attorney fees and expert witness fees.

(h)     ☒    Grant such other relief as the Court may find appropriate.


  /s/ Haroon Arrasheed_____
(Plaintiff's signature)

 Haroon Arrasheed_____
(Plaintiff's name)

 42 W. Madison St_____
(Plaintiff's street address)

(City) Chicago_____(State)  IL_____(ZIP) 60602___

(Plaintiff's telephone number) ( 773 ) – 553-1000_____

                                        Date:    02/20/2021_____

                                                  x

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | **440-2019-02870** |

| Illinois Department Of Human Rights | and EEOC |
|---|---|

*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone | Year of Birth |
|---|---|---|
| **Mr. Haroon Arrasheed** | **(708) 646-9459** | **1975** |

| Street Address | City, State and ZIP Code |
|---|---|
| **438 East 144th Street, DOLTON, IL 60419** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| **CHICAGO PUBLIC SCHOOLS** | **501+** | **(773) 535-3285** |

| Street Address | City, State and ZIP Code |
|---|---|
| **Nicholson STEM Academy, 6006 S. Peoria St., CHICAGO, IL 60621** | |

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

| DISCRIMINATION BASED ON *(Check appropriate box(es).)* | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| | Earliest / Latest |

☒ RACE  ☐ COLOR  ☐ SEX  ☒ RELIGION  ☐ NATIONAL ORIGIN

☒ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ GENETIC INFORMATION

☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest **08-01-2018**   Latest **07-19-2019**

☒ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I was hired by Respondent in or around August 2013. My most recent position was STEM Integration Specialist. Respondent was aware of my religion and my disability. During my employment, I was subjected to harassment. I complained of discrimination. On or about March 18, 2019, I was constructively discharged. Subsequently, I have applied for new positions and have not been hired.

I believe I have been discriminated against because of my race, Black, religion, Muslim, and in retaliation for engaging in violation of Title VII of the Civil Rights Act of 1964, as amended.

I believe I have been discriminated against because of my disability, and in retaliation for engaging in protected activity, in violation of the Americans with Disabilities Act of 1990, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| **Digitally signed by Haroon Arrasheed on 08-14-2019 03:16 PM EDT** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*) |

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

**1. FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

**2. AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

**3. PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

**4. ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

**5. WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

### NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so within 15 days of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

### NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation,

proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | **440-2019-02870** |

| Illinois Department Of Human Rights | and EEOC |
|---|---|

*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone | Year of Birth |
|---|---|---|
| **Mr. Haroon Arrasheed** | **(708) 646-9459** | **1975** |

| Street Address | City, State and ZIP Code |
|---|---|
| **438 East 144th Street, DOLTON, IL 60419** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| **CHICAGO PUBLIC SCHOOLS** | **501+** | **(773) 535-3285** |

| Street Address | City, State and ZIP Code |
|---|---|
| **Nicholson STEM Academy, 6006 S. Peoria St., CHICAGO, IL 60621** | |

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☒ RACE   ☐ COLOR   ☐ SEX   ☒ RELIGION   ☐ NATIONAL ORIGIN

☒ RETALIATION   ☐ AGE   ☒ DISABILITY   ☐ GENETIC INFORMATION

☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE

| Earliest | Latest |
|---|---|
| **08-01-2018** | **07-19-2019** |

☒ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I was hired by Respondent in or around August 2013. My most recent position was STEM Integration Specialist. Respondent was aware of my religion and my disability. During my employment, I was subjected to harassment. I complained of discrimination. On or about March 18, 2019, I was constructively discharged. Subsequently, I have applied for new positions and have not been hired.

I believe I have been discriminated against because of my race, Black, religion, Muslim, and in retaliation for engaging in violation of Title VII of the Civil Rights Act of 1964, as amended.

I believe I have been discriminated against because of my disability, and in retaliation for engaging in protected activity, in violation of the Americans with Disabilities Act of 1990, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| **Digitally signed by Haroon Arrasheed on 08-14-2019 03:16 PM EDT** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

**1.   FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

**2.   AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

**3.   PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local  proceedings.

**4.   ROUTINE USES.**  This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination.  This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

**5.   WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed.  Charges  may be clarified or  amplified later by amendment.   It is  not mandatory that this form be used to make a charge.

### NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so <u>within 15 days</u> of your receipt of its findings.  Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

### NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge.  Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation,

proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.

1. The Plaintiff Haroon Arrasheed, former employee of Chicago Public Schools (CPS) had his Civil Rights violated by employees of CPS Civil Rights Complaint Pursuant to 42 U.S.C. § 1983 (non- prisoners). Some of the same employees also violated the American Disabilities Act by not complying with the accommodations provided by CPS' ADA Department.

2. Carolyn Jourdan, former Manager of the Career and Technical Education (CTE) Team was hired by nepotism in August 2017. After she received a vote of no confidence for being the Principal of Roosevelt High School, she needed a job. She was selected by her friend who hired her as a teacher 20 years ago by the then Chief of Office of Career and Success (OCCS) Alan Mather.

3. Carolyn came to The Central Office of Chicago Public Schools came with a record of complaints, accusations of racism, bullying harassment. She does outrageous acts in front of witnesses. She often lies to discriminate, harass, bully, etc. She lies even when there's several witnesses present, several witnesses on a group forum and several witnesses via email observing the opposite of her prejudiced behavior.

4. The Plaintiff personally witnessed Carolyn bully, harass and intimidate a student. He personally sent a complaint to the Office of the Inspector General (OIG) of CPS. The complaint was filed in Winter 2019. He listed names, dates, location, witnesses the teacher of the student, etc. She has not been reprimanded. She's had several complaints filed against with the EOCO Department at CPS and still has a license to do whatever she wants. She's enabled and protected by CPS.

5. Three minority veterans with 10 - 13 years of CTE experience as Sr. Program Coordinators (Prog. Managers) were passed up for this role. Part of the hiring process included an assessment. An assessment that no one working outside of OCCS and CTE could complete.

6. The assessment was geared towards improving processes within internal CTE Teams. An outsider like Carolyn Jourdan couldn't possibly complete such an assessment successfully. Her hiring of her was pure nepotism committed by Alan Mather. Rita followed suit with "placing" four of her trusted employees in roles in the Central Office almost immediately after her arrival from her last place of employment, Wells High School, some without interviews, but appointments. One of those employees was Shadia Daniels.

7. For Rita to not have her research for her doctorate exposed she placed Shadia Daniels in the role of CTE Information Technology Curriculum Specialist. As the CTE IT Program Coordinator, the Plaintiff was the only one that knew all the curricula for the cluster, vendors, licenses, etc. Had great relationships and rapport with all the Technology and Computer Science Teachers as well.

8. He taught 4 or 5 of the curricula and was an Adjunct Professor for City Colleges which is needed by the six STEM High Schools. Shadia Daniels did not have this experience. The Plaintiff knew that once Shadia Daniels was entered in the race for the Curriculum Specialist that he wouldn't get the job due to political unethical reasons.

9. He knew about the relationship between Rita and Shadia. Also, he knew that Shadia Daniels wrote Rita's dissertation for her Doctorate, he didn't have a chance. Shadia Daniels went from making around $65,000 - $90,000 in a year or less at Chicago Public Schools.

10. Not because of her qualifications, but a debt that Rita Raichoudhuri owed her for the research that she stole from Shadia Daniels to complete her EdD in Education from the University of Chicago. This speaks to the character of Rita Raichoudhuri.

11. The excuse given to the Plaintiff for not hiring him was that he didn't have a traditional education

degree mandated by Human Resources. He was also told that the person in that role would need to modify more than one curriculum. The Plaintiff's degrees, experiences, licenses, and certifications include curriculum from seven different curriculum.

12. Prior to Shadia Daniels being interviewed for the Information Technology Curriculum Role, she had been interviewed for the Computer Science CS Curriculum Role. Shadia did not land that role which is almost the same role, Computers Science and Technology Curriculum. Two of the very same people that interviewed her for the CS curriculum role interviewed her not too long after and she landed the CTE IT Information Technology role.

13. The main difference in the roles is that Lucia Detorri was the Executive Director of the Computer Science Department and Rita was the Executive Director for OCCS. Both departments fall under OCCS. Shadia wasn't good enough for Lucia but good enough for Rita. When Shadia interviewed for the CTE IT Curriculum Specialist role, curriculum experience appeared almost everywhere on her resume.

14. Rita (Rituparna) Raichoudhuri was hired in October 2017 as Executive Director of OCCS. She was the Principal from Wells High School in the CPS School District. Rita replaced former Executive Director of OCCS, Veenu Verma.

15. Immediately after they both Carolyn and Rita were hired, they created a very hostile environment. They created a culture of fear, 'gotcha', 'I'm going to get you, and the environment within our department. Also, any accusation (false or factual) that was said via any channel or by anyone was used against the team members, especially the Plaintiff without any type of investigation of the Plaintiff having the opportunity to please his case.

16. The Plaintiff was treated differently than his other teammates. The main difference between the Plaintiff and his other minority teammates is that is he in an African American Male Muslim that has two disabilities. Carolyn Jourdan and Rita Raichoudhuri also violated the ADA act by ignoring the accommodations provided by the ADA by doing the opposite of the accommodations that were approved for the Plaintiff.

17. In August 2018, Plaintiff had a constructive discharge as a Sr. Career and Technical Education (CTE) for Information Technology from the Central Office of Chicago Public Schools. He resigned from his position and took another lower paying position at Nicholson STEM Academy, an elementary school within the CPS District. He had no choice due to the hostile work environment that Rita Raichoudri and Carolyn Jourdan created with a blind eye from Chief Alan Mather.

18. The character of the Plaintiff defamed his character by using the testimony of an employee in May 2018. The employee gave a documented two-year testimony but was hired around March 2018 or April 2018. She was employed for two months but gave a two-year testimony. Part of her testimony was that a high-level Apple Executive was disrespected by Plaintiff in a meeting with up to 12 people that their witness was 25 minutes late to. With her disrespectful tardiness, she missed the Plaintiff's presentation in the meeting.

19. The Plaintiff had / has two documented disabilities, ADHD, and Major Depression. He sought assistance from the internal ADA (American Disabilities Act) department in CPS when his disability got worse. After approval of accommodations, a letter was sent to Alan, Rita, and Carolyn.

20. At the point, Rita and Carolyn increased their harassment, bullying, intimidation, and deliberate derailment of essential work that needed to be done. For instance, Carolyn started scheduling one on one meetings with Plaintiff sometimes twice per week and started giving him daily fictitious deadlines

to create a 65-page PIP Performance Improvement Plan write up. A PIP that had been revised three times to trap Mr. Plaintiff.

21. The CTE Team has six other employees. Some hadn't had a one on one with Carolyn in more than a month. Some didn't meet with her but every other week. Plaintiff received different treatment than his team members on more than one occasion.

22. After Carolyn's behavior continued, the Plaintiff requested more assistance from the ADA. Plaintiff was then told by that member of the ADA Department that it is their duty to inform him to file a complaint when they notice discrimination. Plaintiff filed a complaint with the internal office of Ethics within Chicago Public School in their Equal Opportunity Compliance Office (EOCO) Department. To his knowledge, nothing was investigated. Plaintiff then filed a claim with the EOCO and was granted the right to sue Chicago Public Schools.

23. Prior to The Plaintiff filing a complaint with the EOCO he complained to Chief Alan Mather, Human Resources Director Christina Jourdan, Deputy Chief of OCCS Manisha Jacoby, an internal ADA that's an attorney. The Plaintiff also sought advice unofficially from many people in CPS, including the members of the Chicago Teachers Union (CTU), Managers, Administrative Assistants to high level people besides the attorney for the ADA that noticed that he was being discriminated against and told him to file a complaint.

24. The Plaintiff Haroon Arrasheed was an almost six-year respected employee of Chicago Public Schools. He worked as an Information Technology at two STEM High Schools and as an Adjunct Professor for dual enrollment with Richard Daley College and Sarah Goode High School. He served under three different principals for three years as a teacher from August 2013 through June 2016. After teaching, after going through a round of interviews, he was then hired by Broad Scholar Veenu Verma Executive Director of OCCS as a Sr. Information Technology Career and Technical Education Program Manager.

25. After one year of the Plaintiff working as Sr. Information Technology Career and Technical Education Program Coordinator, Carolyn Jourdan became his manager., via any channel or by anyone was used against the team members, especially the Plaintiff.

26. In the Plaintiff's case, they tried about eight to ten times to get me by creating fake issues, soliciting bogus information, etc. They finally created several bogus stories, data, etc. to finally get the Plaintiff. When they did, their method(s) of attack was via a Performance Improvement Plan or PIP. They placed the Plaintiff on three PIPs full of bogus.

27. information. For instance, the Plaintiff was accused of violating an attendance policy by not having a detailed description of a meeting on the Plaintiff's calendar. The evidence that they produced was a screenshot of another employee's calendar, not mine.

28. Carolyn Jourdan under the leadership of Rita Raichoudhuri with the hostile environment that they created, hostile acts, bullying, intimidation, harassment, and outright fictional stories, created several traps to ruin the Plaintiff's character, work ethic, career, reputation, qualifications, experience, etc. so that he wouldn't be allowed to work in an environment such as Chicago Public Schools anymore.

29. The Plaintiff has many credentials that are still unmatched by anyone in CTE or the Computer Science Dept. The Plaintiff left the Information Technology Industry to teach Technology in the inner city. He changed his lifestyle and his family's lifestyle to help other people. His work ethic, experience etc. was highly praised until Caroyln Jourdan with no CTE or Information Technology experience

decided that she didn't like him and that he needed to go.

30. Some of the attacks against the Plaintiff are documented in three Performance Improvement Plans (PIP). The last PIP was 65 pages. There were several accusations that Rita Raichoudri and Carolyn Jourdan solicited from other employees in the OCCS Department. The Plaintiff was never informed, notified, or given an opportunity from Management to clear up doubts, plead his case etc.

31. The Plaintiff also believes that there were other motives and deceitful measures taken to receive such information. Also, the Plaintiff believes that the employees that were solicited may have provided false information out of fear of retaliation from Rita and Carolyn due to the hostile environment that they created.

32. The first improvement plan was about a yearly capstone event that was to take place in May 2018. The planning for the event started in May 2017, months before Carolyn and Rita started in the OCCS Department. The planning started in May 2017 at the end of the same event when the hosts at the venue told the Plaintiff that they would host again in 2018. Carolyn, Rita, and Allie Parker have never attended or participated in a Capstone Event.

33. Carloyn reported that the Plaintiff completely lied about having a Capstone Event. She determined that the entire event was a lie. She didn't contact Motorola Mobility Solutions, 50+ Teachers that were communicated with, biweekly planning meeting participants or anyone. The way that her racist, bully harassing, laying, unchecked ways worked in her favor once again.

34. In the Plaintiff's first PIP meeting he named everyone involved with the planning of this (non-mandatory) event. He had his laptop with him and requested that Carolyn and Mary Ernesti view his calendar, emails, most recent email that confirmed the venue on the day of the event, etc. They both brazenly refused to view the correct data that would have immediately revealed Carolyn's character assassination.

35. The Plaintiff complained directly to the Chief of The Office of College and Career Success about the matter Alan Mather. Alan questioned Carolyn about the false claims that she made, after she had been getting away with doing whatever she wanted, even in front of several witnesses (including mistakenly harassing a student at an event accusing her of being out of uniform, she had no authority, place, or professionalism in her method) Unfortunately, she lied again to Alan with her.

36. However, in her response, Carolyn lied again and told Alan Mather that she told each one of the Plaintiff's teammates that if they receive a calendar request that doesn't have great details of a meeting. That we must access the author of the meeting requests invite on their calendar and to edit it ourselves. It doesn't take any education to recognize how absurd and ignorant such a statement is.

37. Carolyn Jordan also, if the calendar isn't detailed enough, create a copy of the meeting invite on your calendar and detail it there. This is a great example of the absurd lies that Carolyn told and people blindly accepted it. the Plaintiff personally asked ALL the Plaintiff's teammates if Carolyn instructed them to do so and the answer was no. It didn't matter, Alan Mather had great trust in his racist friend, and he let her off the hook again.

38. The Plaintiff complained directly to the Chief Alan Mather about the ridiculous claims around May 2018. The claim that the Plaintiff lied about his capstone, that he was disrespectful in a very high-level meeting, that he missed meetings that he was deliberately not invited to, that he played a role in the Apple project being a complete failure, that Troy Williams attempted to illegal use Federal Perkins money for his department, etc. Alan Mather turned a blind eye on it as well. A meeting with all parties involved would clear everything up. The data is not hard to trace.

39. Every year there's a major CTE even for most if not all CTE Programs called the Capstone. The CTE IT Cluster, that the Plaintive Managed is the largest cluster. IT involves around 55 teachers from 35 schools. The Plaintiff As a former Information Technology Teacher has experienced three of these events and then became the main person to plan the event twice.

40. However, after the last event the Plaintiff was then ordered to attend a meeting that included Carolyn and Mary Ernesti from the legal department. Carolyn stated that the Plaintive made everything up about the Capstone and the planning of the IT Capstone. The Plaintiff had several meetings dating prior to Carolyn being his manager that he displayed in this meeting, Carolyn and Mary refused to look at his calendar and continue with the disciplinary action.

41. In a PIP meeting in July 2018 with Carolyn and Mary Ernesti, Carolyn produced 65 pages of incorrect information, solicited information from colleagues that made up, twisted, spun etc. Carolyn presented a marked up 'run of document that was used from the previous year to "show" The Plaintiff how to do it. She presented her lies about the events as facts that are completely incorrect.

42. The document that she presented wasn't used for the 2018 Capstone, it was used for the 2017 Capstone. The CTE Department paid a Project Manager $25,000 to create that document. The document was approved by Veenu (Broad scholar) as well. The Plaintive emailed a completely different run of show to all his teachers, Carolyn, volunteers, etc.

43. That wasn't the only lie that Carolyn emotionally lied about. She also presented a volunteer list with one or two names handwritten allegedly by the Plaintiff as proof that his event was a mess, volunteers (who are volunteers from previous events). The Plaintiff has a Masters in IT, he doesn't handwrite much of anything. He submitted a Google form to his volunteers, with times they were available duties that they were assigned, etc. This data was then automatically transferred into a spreadsheet. The Plaintiff presented that electronic document to Carolyn as well, but she decided to lie to HR, Legal, etc.

44. A major issue that happened is regarding a very large initiative that was orchestrated by the Mayor's Office (Rahm Emmanuel). Acting Director of the Computer Science Dept, of Troy Williams from a different department tried to plan, manage, implement this city-wide project by manipulating federal funds illegally that his department is not mandated to use. Troy also did not include anyone of his plan to bring Apple in under CTE. Troy was not a CTE Employee and had no rights to the funds. The Apple Technology Company formed a partnership with Chicago Public School, City Colleges of Chicago, and the City of Chicago.

45. The Plaintiff reported to Carolyn that Troy Williams was discriminating against him and manipulating the system to underhandedly bring Apple into our district. He explained that Troy's actions violated many rules of the Federal Perkins Grant, Carolyn decided to protect Troy told the Plaintiff that he may be jealous of Troy. She also told him that the Plaintiff have personal issues with Troy, not the business of trying to prevent fraud.

46. A Principal of a High School was about to be audited about her curriculum by an external agency. It was then exposed that her federally funded program that the Plaintiff supported wasn't being handled properly. Her teacher along with 3 teachers were recruited and flown out to California to learn an unauthorized curriculum to teach it during the school year.

47. This teacher who happens to be a close friend of our CEO, stated in an email to his principal (friend of then Mayor Emmanuel) very clearly the plan to turn his school into a pilot program to become a school hosted by Apple. He stated that he was given the go-ahead from then-director Brenda

Wilkerson and District Integration Manager Troy Williams.

48. The Plaintiff was not involved in that process. If that school had been audited by the Illinois State Board of Education, all our funding would be in jeopardy and even the employment of that teacher selected by Troy Williams.

49. In an emergency ordered by Rita R. the Plaintiff was ordered to rush to that school to calm things and assure that the teacher was teaching the right curriculum. The principal stated that her teacher was authorized by downtown (central office). the Plaintiff explained to her what the rules were, and she was singing the Plaintiff's praises and another employee that went with the Plaintiff (whose wife is an attorney) that no one downtown knew about.

50. The principal was very happy, told us to stop by any time that we wanted, offered us candy, etc. the Plaintiff asked her if she could please inform Rita R. of this and she said that she had been texting her the whole time and put in a good word. About a week later, the Plaintiff asked Rita if she had spoken to that principal "her friend". She responded by saying that she hadn't spoken to her and hadn't heard anything.

51. the Plaintiff knew that at that point, Rita was planning on somehow manipulating that situation and she did. Despite a teacher stating clearly that the Plaintiff wasn't involved, etc. They decided to put the blame on the Plaintiff. Rita asked Carolyn to ask the Plaintiff to reply to an email that the principal her friend sent informing her of the rules, etc. regarding authorized programs, etc.

52. This conversation was above the Plaintiff's pay grade, the Plaintiff knew that they were up to something. They had the Plaintiff write an email that they edited and approved to send to the principal. At first, the principal complied and said that things will be fine and that they will follow the rules.

53. Carolyn then asked the Plaintiff to reply to her and ask her if her teacher would get students certified by the end of the year. It was really a moot point that close to the end of the year. A screen capture of the video showing Rita and Carolyn's edits can be viewed here: https://goo.gl/AwyLfA

54. The principal then responded and berated the Plaintiff about how she felt threatened by receiving an email so late at night, she's unfamiliar with how the program works, unfamiliar with federal law etc. She was very upset, and she also lied. You can't have a CTE Program at your school unless you're fully informed. There's an application process, site visits, vetting process etc. Carolyn then ordered the Plaintiff not to respond to the email anymore and that Rita would take over.

55. This time Rita responded immediately and told the principal to call her. Next, the principal responded in a very positive and way over the top. She praised Rita (her friend) on her great support and customer service. It was a complete setup, railroad, etc. Whatever acronym fits.

56. There are many examples from the Plaintiff's story on how principals protect one another. One story included a principal lying on the Plaintiff saying that the Plaintiff hadn't visited his school. the Plaintiff had been there five or six times, checked in with him, physically signed in & swiped in. The proof is there but it didn't matter because a principal said it. He has now been removed from his school because he allowed a volunteer to be hired as a coach and the coach had 40 reported sexual abuse incidents there with a student. Is his word being valid?

57. Other lies include being blamed for an epic failure for a city-wide Apple project where the Plaintiff deliberately left out of planning, the announcement, partnership with City College, the City of Chicago, etc. the Plaintiff was accused of misusing funds that deliberately were being held up by the very person (Troy. Williams) who was discriminating against the Plaintiff, attacking the Plaintiff's character, etc.

58. Next, the Plaintiff was accused of not participating in (Apple, Computer Science Dept. CAFECS, etc.) meetings that Troy deliberately didn't invite the Plaintiff to. Troy was protected by Alan Mather, Rita, Carolyn as if he was a principal. the Plaintiff was accused of disrespecting a high-level Apple representative by Luccia Dettori (Directory of Computer Science Department) who was 25 min late to the meeting and missed the Plaintiff's presentation. the Plaintiff was accused of not supporting a server at a school that the Plaintiff never ordered, have never order, and didn't exist. the Plaintiff was managed programs not hardware. Accused of tampering with the Plaintiff's time at work (not having details in meeting request that came from other people.

59. The Plaintiff was sick and sought help from the ADA dept. They complied, however, Carolyn and Rita sensed blood. Carolyn began to give the Plaintiff (only) daily deadlines and started meeting twice per week to "help" the Plaintiff. Nothing in CPS moves daily. It was fictitious deadlines to make the Plaintiff look like an idiot and that the Plaintiff couldn't handle the Plaintiff's job duties. The Plaintiff mentioned that Carolyn was acting in that manner to the ADA. the Plaintiff was then told by the ADA Department, that when they hear discrimination and harassment, they are obligated to connect the Plaintiff with the EOCO department to file a claim.

60. The Plaintiff filed and the EOCO Department never responded, neither did the HR department. On August 27th, the Plaintiff left the department and went to Nicholson STEM Academy Elementary School. the Plaintiff was still a CPS employee, however, Carolyn acted as if the Plaintiff wasn't. She called the Plaintiff's new administration/bosses from Nicholson and railroaded the Plaintiff. Carolyn did this by more lying, embellishing the truth, etc., by making it seem as if the Plaintiff was stealing a laptop a laptop that was assigned to the Plaintiff from the IT Department at CPS. Carolyn and the Plaintiff had a discussion verbally and via email about the Plaintiff returning the laptop. We agreed on the date of the return and who the Plaintiff would return it to.

61. After our agreement, Carolyn then sent an email to the Plaintiff's Principal Dr. Judith Gibbs prior to Carolyn Calling her to lie to the Plaintiff's boss. She told her that the Plaintiff was completely unresponsive, that the Plaintiff couldn't keep the laptop, etc. She said that the laptop belonged to the CTE Department and that it's against the rules for the Plaintiff to keep while still being employed by CPS. She did this only to railroad the Plaintiff and to completely make the Plaintiff look bad, incompetent, a thief, etc. The Plaintiff replied to her lying email with screenshots, etc. proving that we had communicated about returning the laptop and who the laptop would be return to. The Plaintiff copied several people on the email including Christina Jordan, members form the EOCO, department etc. No one did anything about it.

62. The Plaintiffs Teammate David Blackmon also left the CTE department about a month or two prior to the Plaintiff to go to another department within CPS. He took his laptop with him as well. He still has it after a year. Carolyn did not reach out to him, his boss or IT department for his laptop to railroad him. None of the Plaintiffs teammates went through any of this, the Plaintiff was treated differently.

63. The most recent incidents that the Plaintiff has experienced has been not only not being given a fair chance for employment but also, the Plaintiff has been contacted on 3 - 4 times from outside consulting firms recruiting for Chicago Public Schools.

64. They have recognized the Plaintiff's credentials, experience, qualifications, etc. They all but guaranteed that the Plaintiff would get an interview. At least one of the roles was directly connected to the IT Department, STEM High Schools, etc. The Plaintiff knew that he wouldn't even get an interview when the Plaintiff was told what department it was in. Not to the Plaintiff's surprise, the Plaintiff the Plaintiff didn't get an interview. However, the recruiters from the firm were very shocked that the Plaintiff hadn't received an interview.

65. The Plaintiff wants his character assassination to stop, his reputation back, his PIPs destroyed, Alan, Carolyn, Rita, Troy, Christina Jordan, Allie Parker, Shadia Daniels, etc. to be exposed, reprimanded, and punished for the railroading, lying, producing fake documents, the Plaintiff not being able to get hired by another department, etc. within Chicago Public.

66. Troy Wiliams maliciously attempted to implement Apple's Curriculum into the CPS by using Perkins Funding mandated by the Illinois State Board of Education (ISBE) by use of equipment that was paid for by these federal funds need to be exposed as well. Lastly, the Career and Technical Education Department to be exposed to the Illinois State Board of Education for bending the rules with our Federal funding to protect principals, friends of principals, etc. hiring teachers that aren't qualified, not vetting teachers experience to become CTE Teachers but still receiving licenses needs to be exposed as well.

67. One of Carolyn's victims of racism and bullying is the very famous and very generous donor to Chicago Public Schools, Chance the Rapper. She was his assistant principal at Jones College Prep. H.S. He became famous after making a song to respond to her bullying, racist, bullying harassing, and discriminatory behavior, etc. and mentioning her by name. The link to his song is https://www.youtube.com/watch?v=DsQm_6I37ek. As of February 20, 2021, there were 980,000 views. He names Carolyn Jourdan by her maiden name at the time when she was the Assistant Principle at Jones College Prep. High School. Please listen for the name, Ms. Rownd or Ms. Rowndy.

68. Relief: The Plaintiff is requesting compensation for the years that suffered at the hands of Carolyn Jourdan, Rita Raichoudari, Alan Mather, and all parties involved from CPS. The Plaintiff is also seeking relief compensation for pain and suffering, loss of wages and emotional distress and defamation of character. The Plaintiff wants his Human Resources and disciplinary records wiped clean of all the fictitious claims that Carolyn Jourdan, Rita and other CPS Parties fictitiously and maliciously committed. All parties involved need to be fired and not allowed to work around children. They also need to be placed on the do not hire list of CPS.

69. In 2021, the Plaintiff is still suffering from the 'blacklist' that he's on within the Chicago Public School District. He is continuing with his journey to assist Black and African American have a level playing field in Computer Science and Technology. He's employed with an international firm that is dedicated to this cause. A fictious obstacle has been placed in his way of bringing this free program that empowers teachers in Computer Science / Technology and partners teachers with an industry professional volunteers that also wants to assist these children.

70. The Plaintiff's very discriminatory 65-page Performance Improvement has been attached to this complaint. It is an original copy that was scanned and emailed to him from Mary Ernesti from the CPS Legal/HR Department.

71. The conscious bias of the PIP speaks for itself. The Plaintiff didn't have any issues working in the district until an unqualified white woman (Carolyn Jourdan) and Indian woman Rita Raichoudari decided that the plaintiff wasn't good enough according to their racist, anti-Muslim ideology.

72. Plaintiff will produce letters / affidavits from three team members that report to Carolyn, they will

attest to the discriminatory different treatment that Carolyn and Rita performed on the plaintiff. The different discriminatory acts concerning performance improvement plans (PIPs), Capstone, etc.

73. The plaintiff will produce an affidavit of an employee from his team that left the department days ahead of the plaintiff. He currently has his CTE Department laptop. Carolyn Jourdan did not call the IT Department, His Director or Assistant Directory acting as if he was trying to steal a laptop. Carolyn Jourdan discriminated against the plaintiff by calling the IT Department, his assistant principal and principal acting as if the plaintiff was stealing a CTE department laptop and to railroad him at his new job.

74. Plaintiff will produce a witness to attest to a racist discriminatory conversation that took place between him and Carolyn Jourdan. On or around spring of 2018, the witness wore an orange shirt for Wear Orange Day to commemorate Hadiya Pendelton's birthday and for awareness against gun violence. Carolyn Jourdan said to him that day is stupid, wearing orange is stupid. The witness explained that it was for Hadiya Pendelton, gun violence, etc. Carolyn Jourdan said, I knew her, she was a bad person as if that was a justification for Hadiya Pendleton a 15-year Chicago Public Schools student to be shot and killed. Is death the penalty for African Americans and other minorities for being a bad person? She was a bad person according to who, what? This same racist discriminatory behavior is what was said about Trayvon Martin and George Floyd in the court cases from the defense.

75. Regarding the plaintiff's tardiness, part of the plaintiff's job duties was to visit other schools. Often, visitors from CPS' Central Office are detained by security guards prior to being allowed to the main office where CPS time clocks are.

76. There are also different events held by CPS at other schools, such as Tech Talk Googlepalooza. Everyone in the district can attend Tech Talk Googlepalooza, however CPS School parking lots are barely large enough for their own staff. When the plaintiff attended Tech Talk at Waltor Payton High School, he had to pay for parking like many other CPS employees due to limited parking at Waltor Payton High School.

77. When the Plaintiff attended Tech Talk Googlepalooza at Whiney Young high school, he arrived at 8:45 but he couldn't swipe in until after 10 am. The Plaintiff was discriminated against for being written up for such nonsense. Other CTE Program Coordinators besides the plaintiff had events to attend, onsite / offsite, etc. without reprimand.

78. On the Plaintiff's discriminatory PIP on the page where entitled 'Fwd: Feedback on CTE-IT Program Coordinator' Rita and Carolyn reached out to people for "feedback". They requested feedback from Troy Williams, Lucia Detorri, Allison Parker, and others.

79. One of the discriminatory lies that was told was that while the Plaintiff hadn't changed any curriculum in the 2 years that he was the program coordinator. When the plaintiff was hired, in 2016 the Zuluma Gaming Curriculum was implemented. The former CEO of Zulama has written a letter to help clear the Plaintiff's name. The letter states the dates that she worked with the plaintiff during his two-year tenure as CTE IT Program Coordinator. On the letter, she lists the CPS CTE IT Gaming Teachers and the number of enrolled students that used Zuluma.

80. At the time of the solicited discriminatory email Lucia Detorri had only been an employee at CPS for 3 – 5 months.

81. At the time of the solicited discriminatory email, Troy Williams was a year and 6 months removed from CTE. He was an employee of Wilbur Wright Community College. He discriminated against the plaintiff for lying to his discriminatory management team.

82. In Spring 2018, an Israeli team wanted to know more about CTE IT and the programs that the plaintiff managed. Instead of the plaintiff being allowed to speak about his programs to the Israeli team, Rita Raichouduri and or Alan Mather asked Troy Williams to represent CTE IT. The more educated (than Carolyn Jourdan and Troy Williams) Muslim plaintiff can't represent the CTE IT programs that he had the most knowledge of?

83. The solicited discriminatory email continues by either Troy Williams or Lucia Detorri stating that the plaintiff wouldn't be hosting a professional development. Troy Williams deliberately discriminated against the plaintiff by holding any funding that was promised to CTE IT from Deborah Boisvert from UMASS BATEC. Prior to Troy Williams becoming the interim director for the Computer Science Department, Brenda Wilkerson approved the BATEC funds that the plaintiff is accused of misusing. The plaintiff didn't have direct access to these funds, the funds were given to the Computer Science Department by BATEC.

84. In the Spring of 2018, Debra Boisvert of BATEC UMASS came to visit Chicago Public Schools as she normally does. She texted the plaintiff to inform him of her arrival. She wanted to discuss curriculum, funding, new programs, etc. When Debra Boisvert arrived, the plaintiff was not invited to the meeting. Troy Williams, Rita Raichoudhuri and Carolyn Jourdan discriminated against the plaintiff by not allowing him to attend the meeting. After the meeting, Debra Boisvert contacted the plaintiff and asked where he was. The plaintiff stated that he wasn't invited to the meeting. Debra Boisvert said that she didn't understand why the plaintiff wasn't invited. She stated that we were all lost about the curriculum and that she needed me to be at the meeting.

85. The solicited discriminatory email continues by either Troy Williams or Lucia Detorri stating that the plaintiff derailed their plans of professional development PD. Prior to Lucia Detorri becoming the Director of the Computer Science Department, the plaintiff was invited to all Computer Science Department Meetings. Up to 70% of the plaintiff's CTE IT Teachers were Computer Science Department teachers. It was more than necessary for the plaintiff to be involved in all planning, events, etc. The plaintiff was deliberately removed from all of the meetings.

86. The plaintiff has a meeting request from Lucia Detorri stating that the plaintiff will now have a time slot and entry on the CS Department Agenda. The plaintiff was discriminated against by not being allowed / invited to meeting to be informed about the CTE IT teachers and programs that he managed.

87. The plaintiff has letters from Computer Science Department former and/or current Computer Science Department employees that states that the plaintiff was deliberately removed from meetings.

88. The solicited discriminatory email continues by either Troy Williams or Lucia Detorri stating that the Plaintiff deliberately didn't communicate with Apple. The plaintiff complained constantly to the Deputy Chief of Staff and Carolyn Jourdan about Troy Williams fraudulently attempting to use Perkins funds that he's not allowed to for an Apple Curriculum. Perkins Funding was strictly for CTE not the Computer Science Department.

89. The plaintiff document and complained about Troy Willams and his failure and incompetence to manage such a large project like Apple. Like a racist person not believing or listened to, Carolyn ignored the plaintiff's complaints.

90. The client wasn't informed by Troy Williams about the Apple project. He was informed by Apple employees about the project. Troy Williams discriminated against the plaintiff by withholding very important, detrimental information about the Apple project.

91. The solicited discriminatory email continues by either Troy Williams or Lucia Detorri stating that teachers have complained to them about equipment, etc. Teachers always complain about equipment. The plaintiff was discriminated against by not receiving any emails, texts, phone calls. Notifications about the so-called complaints. Teacher under the Computer Science Department often complained that the Computer Science Department does not provide any equipment like the CTE IT Department. Many people including teachers were often confused about the functions of all departments. Since Troy Williams worked in CTE IT for 6 plus years, staff thought that he was still in the CTE Department. They would request equipment, curriculum access, etc. mistakenly from him. Troy Williams discriminated against the plaintiff by not relaying import information to him. Unlike Troy Williams and Lucia Detorri, the plaintiff taught from some of the very same curricula that he supported. He knows exactly what it feels like not to have the appropriate curriculum and equipment in order to educate the students of Chicago Public Schools.

92. On the page where it says IT Planning Concerns, Allie Parker Senior Manager for STEM was solicited for discriminatory information.

93. Prior to Allison Parker becoming the Senior Manager for STEM, there was an African American Female Director of STEM. The plaintiff was invited to all the STEM meetings. CTE IT and most STEM Teachers are the same. Their budget comes from the same source.

94. When Allison Parker became the Senior STEM Manager, the plaintiff was never invited to a meeting. She discriminated against the plaintiff by doing so.

95. Allie (Allison) Parker stated that her employee Bern (Bernadette Limos) STEM Program Coordinator was swamped due to assisting the plaintiff with the CTE IT Capstone. Bernadette promised the plaintiff 8 hours of Project Management Work to assist him with the Capstone.

96. The plaintiff filled in for Bernadette Limos at a STEM event that he wasn't invited to that again his teachers and students were a part of. Bernadette Limos had to leave the country for a family emergency.

97. The capstone should have been a team effort anyway since the STEM Students and Teachers are also CTE IT Students and Teachers. The plaintiff again received different treatment.

98. Allie Parker discriminated against the plaintiff when she lied and stated that the plaintiff was late to the event that he filled in for Bernadette Limos. The event was hosted by Dell. There is a sign in sheet, a badge must be issued after showing identification and there were 10 other employees that can verify that the plaintiff wasn't late.

99. There are many calendar issue in the plaintiff's PIP that are ridiculously discriminatory.

100. The event entitled STEM Fest Goode is an event that is held annually at Goode STEM Academy where the plaintiff taught for two years and was the adjunct professor with Richard Daley Community College.

101. The plaintiff was not invited by Allie Parker Sr. Manager of STEM who works in the same building as her. The plaintiff was invited by a teacher that he worked with. On the PIP, Carolyn Jourdan asks silly questions as if the plaintiff is in elementary school. She asked, "Who was involved …Do you have an agenda for the day?

102. Allie Parker and Bernadette Limos were at the event that the plaintiff also attended. They were not questioned at all. They didn't have to produce an agenda as the plaintiff was asked. Carolyn discriminated against the plaintiff by treating him differently with her request.

103. Carolyn Jourdan continues with her discriminatory behavior regarding the plaintiffs calendar. There is a meeting request from Luther Dunlap entitled IT Security Alliance. To further her discrimination, Carolyn reprimands the plaintiff by asking him questions about the meeting that the meeting organizer should have provided. He was not reprimanded for not doing so.

104.    The page from the PIP entitled Lenovo Foundation was an agenda used for the prior year of the CTE IT Capstone in draft.  The plaintiff did not use that agenda for the capstone that Carolyn Jourdan marked up and lied to discriminate against the plaintiff.

105.    Carolyn Jourdan produced a draft copy of capstone volunteer spreadsheet.  She lied and discriminated against the plaintiff by stating that the client used that spreadsheet and that the plaintiff's capstone was a disaster.

106.    reprimand for being late on an email that three team members were late on and the fictional details that she demanded only the plaintiff to produce.  Only the Plaintiff was punished.  The email was sent to all CTE Teachers from the Senior Manager Sarah Rudofsky of CTE prior to the Program Coordinator Team being asked to send the exact same email.  Carolyn circles dates on the email that is addressed to many CTE Employees.  Further down, there are many names mentioned about being tardy for the email. Only the plaintiff's name is in a square.  Carolyn Jourdan discriminated against the plaintiff by treating him differently than everyone else.

| Employee Name: Haroon Arrasheed (Employee ID: 000234465) Senior Program Coordinator | Date: 4/18/18 |
|---|---|
| Performance:<br>   Initial Meeting<br> **X First 30 Day Follow**<br>   60 Day Follow Up | Follow Up Date:<br>July 25, 2018 |

Talent Office Signature Approval  (obtain prior to issuance):

Corrective Action Category(s): *Identify the category(s) for which you are executing this Plan*
Failure to Perform Duties; Attendance Abuse

Description:

Haroon Arrasheed is a Senior Manager for the Career & Technical Education (CTE) for the area of Informational Technology.  As part of this job, one of his primary responsibilities is to design and implement citywide student capstone events.  Although IT cluster teachers, CTE Program Coordinators, Partnership Development Liaisons, ECCE Managers, Alan Mather (Chief of OCCS) and Carolyn Jourdan received a Save the Date for the CTE IT Capstone 2018, as of 4/12/18, there was no actual plan for an IT capstone.

- On 10/16/17 and 10/23/17 during our 1-1 check-ins, the need to determine when the CTE IT capstone would take place and what the capstone would be was discussed.  In the action items, Carolyn Jourdan (I) indicated that this needed to be completed "ASAP."  You responded that the capstone would most likely take place on March 30· but you were confirming dates.

- On 12/18/17 during our 1-1 check-in, the capstone was discussed again.  You shared that you were feeling "stretched" and asked if an intern could be found to assist you.  I followed up with you at our next 1-1 on 1/16/18 and shared that there were no funds for anyone to have an intern or project manager.

- On 1/24/18 you emailed the IT cluster teachers, CTE Program Coordinators, Partnership Development Liaisons, ECCE Managers, Alan Mather (Chief of OCCS) and Carolyn Jourdan sharing the date of the IT capstone (May 11th from 8:00 AM to 3:00 PM) with information about the capstone and what will be taking place.

- We had three additional check-ins between 2/6/18, 3/5/18 and 3/19/18 where you voiced no concerns about the IT capstone.

- On April 10, 2018, you received a request (Attachment A) from me to share with Allie Parker (Manager of ECCE STEM) your plan for the IT capstone.  Because there were still some updates needed around the CTE IT Capstone 2018 Save the Date notification that was sent to teachers on 1/24/18, this update needed to come from you. (Attachment B).

- On April 11, 2018 you shared that "Unfortunately, without having a Project Manager this year for Capstone, I (Haroon) didn't have much bandwidth for planning, execution, etc. that you had a different plan for the IT Capstone. Because this was a vastly different plan than what had been shared with me, I stated I would need to "think about it about a bit" (Attachment C).  I also shared that I was "very concerned that it took so long for you to share this.  We could have problem-solved and found you some support" and that I would like to meet to talk this over before Monday.   You responded telling me that "I (Haroon) mentioned in the past that Michelle Scott was my PM and that she got on another project and that I was looking for a PM.  We can meet today if you have an opening."

You are routinely arriving past your 9:00 am start time as reflected in the attached KRONOS report.

Action Planning:

1. On October 30, 2017, at the Program Coordinator team meeting, I shared my expectation for our team including:
   - Respect one another in words, actions and attitudes
   - Respect confidentiality
   - Be aware of conflicts of interests and CPS ethics codes and policies
   - Communication should be appropriate etc.

   Moving forward, following these expectations are required.

2. Meet with Carolyn Jourdan weekly starting the first week of May to discuss the projects/schools you are currently working. Questions that should be answered include:

   - A summary of all projects you are currently working on. (Including the IT Capstone)
   - An explanation of the meetings/actions/supports you are taking around the project (i.e. meetings, events etc.). Please include dates and times
   - An explanation of next steps with project/schools including a timeline for each.
   - When are meetings scheduled?
   - What is your plan of persistence with each project?
   - What is the plan to support project/schools with partnerships (please be specific) both old and new?
   - What is your overall strategy to support all schools within the CTE IT cluster?
   - An explanation of how you are working with other groups within OCCS including a how you are allocating your time between CTE and other OCCS groups.

3 The answers to these questions should be given to Carolyn Jourdan or her designee 24 hours in advance of the scheduled meeting via a google doc shared with me and as a PDF via email..

4 Provide Carolyn Jourdan with an up-to-date Google calendar of your schedule for the upcoming week. Each appointment should include the location of the meeting/event/task, the purpose of the meeting/event/task and how it aligns with the scope of your work at a Program Coordinator within CTE.

5 It is expected that you will have an IT capstone event ready for CTE students no later than May 30. You are required to follow the timeline established below.

   By 5:00 pm on 4/23/18, complete the following; (this is to be turned into Rita because Carolyn will be out of the office during this week):

   - Define the goals of the IT capstone and how it will directly support the mission of CTE and ECCE?
   - Outline your next steps to develop a capstone for the IT students? Please identify the who, what, where, when and why of the plan.
   - Create a master timeline for the event and list of everyone involved including schools and CPS support teams you will need to achieve your capstone.
   - What is the strategy you will follow to advertise the capstone to school? (Please take into account the quick turnaround time for all involved).
   - What partnerships will you used to assist with the IT capstone? Please share specifics.
   - Share the budgets you will be following.
   - This document should be shared with Carolyn Jourdan via email

By 5:00 pm on 4/23/18, the completed IT Capstone plan should be shared with both Carolyn Jourdan and Rita Raichoudhuri via email. Also, a Google folder labeled IT Capstone 2018 should be created, and the plan should be added to that folder along with all future updates.

Updates about the capstone should be sent to Carolyn Jourdan each Monday and Wednesday until the IT capstone is completed.

6 It is expected that in the future, major events (ie capstones, Professional Development sessions etc) will be identified at the beginning of the school year and a well thought out plan and timeline will be shared with your manager without prompting and within 3 months of the event.

7. You are expected to arrive to work on time. (9:00 am)

---

## 30 Day Follow Up:

1. On October 30, 2018, at the Program Coordinator team meeting, I shared my expectation for our team including:
   - Respect one another in words, actions and attitudes
   - Respect confidentiality
   - Be aware of conflicts of interests and CPS ethics codes and policies
   - Communication should be appropriate etc.

   Moving forward, following these expectations are required.
   **During our interactions, you have followed the expectations discussed above.**

2. Meet with Carolyn Jourdan weekly starting the first week of May to discuss the projects/schools you are currently working. Questions that should be answered include:

   - A summary of all projects you are currently working on. (Including the IT Capstone)
   - An explanation of the meetings/actions/supports you are taking around the project (i.e. meetings, events etc.). Please include dates and times.
   - An explanation of next steps with project/schools including a timeline for each.
   - When are meetings scheduled?
   - What is your plan of persistence with each project?
   - What is the plan to support project/schools with partnerships (please be specific) both old and new?
   - What is your overall strategy to support all schools within the CTE IT cluster?
   - An explanation of how you are working with other groups within OCCS including a how you are allocating your time between CTE and other OCCS groups.

   **Concerns are shared in #3**

3. The answers to these questions should be given to Carolyn Jourdan or her designee 24 hours in advance of the scheduled meeting via a google doc shared with me and as a PDF via email.

   **During our April and May 1-1 meetings, your time was consumed by the CTE IT Capstone. Other projects were not discussed until our 6/4 1-1 check in. During this conversation (1-1 conversation on 6/4) you shared some information about various programs/events in writing (see document 1) and verbally shared some explanations about what is happening around each program/event. Your shared document about what you are currently working on was sparsely populated and together we added many items. Your action items included you completing the document shared (brain dump) so that we can begin to create a better way to**

track what you are working on. Your document containing each project/event you are working on was giving to me on 7/16/18. The list was brief and did not give full explanations of what the project was about, current status and next steps.

As a Program Coordinator, it is expected that you represent CTE at all meetings, including those with outside partners and those with teams that are part of OCCS. On May 16, 2018, Lucia Dettori, Director of the Computer Science Team, shared with me about your lack of interactions within OCCS and with partnerships connected to OCCS. When you do attend meetings with Apple representatives, you do not participate. You have also failed to attend these meetings, despite being invited. (see documents 2 and 2A)

On May 11, 2018, Allison Parker, manager of HS STEM for ECCE, also shared her concern about the amount of time that was requested of her department. She shared that projects in HS STEM were facing time issues because of CTE IT needs coming from the lack of planning (see document 3). Bernadette Limos continuously was asked to assist you causing her to stop working on time sensitive projects connected to her position as Project Manager for STEM. Deadlines for STEM projects that she was working on had to be shifted to address the time she spent on your capstone project.

You must maintain a Google sheet of projects with current status, next steps and all due dates of each project. Check in dates can be added to the list if necessary. The Google sheet must be shared with me. This list must be maintained daily. You must be prepared to discuss how you will meet your deadlines in your one-on-one meetings with me.

4. Provide Carolyn Jourdan with an up-to-date Google calendar of your schedule for the upcoming week. Each appointment should include the location of the meeting/event/task, the purpose of the meeting/event/task and how it aligns with the scope of your work at a Program Coordinator within CTE.

Some of the events on your calendar state the purpose of the meeting/event/task and how it aligns with the scope of your work as a Program Coordinator within CTE, but others do not. You need to be consistent with your calendar and provide the information that has been requested, including names of individuals you are meeting with, what is the purpose of the meeting/event, and why this event is taking place. (see document 4)

5. It is expected that you will have an IT capstone event ready for CTE students no later than May 30. You are required to follow the timeline established below.

By 5:00 pm on 4/23/18, complete the following; (this is to be turned into Rita because Carolyn will be out of the office during this week):

- Define the goals of the IT capstone and how it will directly support the mission of CTE and ECCE?
- Outline your next steps to develop a capstone for the IT students? Please identify the who, what, where, when and why of the plan.
- Create a master timeline for the event and list of everyone involved including schools and CPS support teams you will need to achieve your capstone.
- What is the strategy you will follow to advertise the capstone to school? (Please take into account the quick turnaround time for all involved).
- What partnerships will be used to assist with the IT capstone? Please share specifics.
- Share the budgets you will be following.
- This document should be shared with Carolyn Jourdan via email

By 5:00 pm on 4/23/18, the completed IT Capstone plan should be shared with both Carolyn Jourdan and Rita Raichoudhuri via email. Also, a Google folder labeled IT Capstone 2018 should be created, and the plan should be added to that folder along with all future updates.

Updates about the capstone should be sent to Carolyn Jourdan each Monday and Wednesday until the IT capstone is completed.

**You shared updates about your capstone, but on more than one occasion, specifically during our May 1-1 check ins, I shared my concerns that the information was missing a large amount of detail including specifics around who was in charge of specific aspects of the day including audio visual, security, registration of students, judges, volunteers etc. It took until the day before the event to get an accurate run of show that demonstrated the capstone would be able to take place successfully. (see document 5)**

6. It is expected that, in the future, major events (e.g. capstones, Professional Development sessions, etc.) will be identified at the beginning of the school year and a well thought out plan and timeline will be shared with your manager without prompting and within 3 months of the event.

**Discussions about Summer Institute for CTE have not been shared with me. To complete the presentation for the Summer Institute, you will need to follow the timeline we set together. You must:**

1. **Actively participate in all CTE Team meetings where the team will discuss what we (the PC Team as well as the overall CTE Team) want our PD with teachers to look like. These meetings will be taking place during the end of July through August. Dates and times will be shared with you via google calendar invite.**
2. **Be prepared to discuss any questions, concerns or clarify what is being discussed with members of the CTE Team at the all CTE Team meetings.**
3. **A detailed outline should be shared with me showing what information you will be sharing with CTE IT teachers and specifically how you will present this information to the teachers no later than ~~August 1~~, 2018**
4. **A finalized presentation draft must be shared by August 17, 2018.** *July 31*
5. **August 22nd, time- TBA: The presentation will be shared with the CTE IT teachers**

**Additional Examples of Failure to Perform Duties that have arisen since the PIP was issued :**

**Additional concerns have been shared with me that you are not addressing and/or following through on various projects necessary for CTE IT to run smoothly and meet the expectations of OCCS. (see document 6A- 6D)**

**The months of May and June had four major deadlines for the Perkins Grant. You did not meet any of these deadlines, which caused disruption for the ECCE team.**

1.) **Completion of the FY18 PC Data for FY19 CTE Grant Applications spreadsheet was shared with all PCs by Maneesha Jacoby in mid May. You were asked to update the information for Maneesha by June 15th. You were reminded of the deadline during our PC Team meeting held on 6/11/18. The spreadsheet was not updated until June 25, 2018, after an email was sent by me requesting that you complete this important task.**

2.) **The SY19 Technology Budget Template was shared with you on June 5 by Maneesha. She asked that all PCs complete their budgets by June 29, 2018. You did not meet that deadline. Maneesha gave the PCs an extension of three days and asked that the document be updated by July 3, 2018. On July 4, 2018, I sent a reminder email asking to be told when the document was completed. I received confirmation that the spreadsheet was updated on July 5, 2018, at 9:16 AM.**

**Failure to complete both of these documents has caused delay in the completion of the closing of the SY18 Perkins Grant and opening of the SY19 Perkins Grant. This is problematic considering that our entire work is fully grant funded.**

**3.) Each month, CTE attends a meeting with the Chicago Teachers Union. The union makes requests of our CTE representatives Amy Romito and Rita Raichoudhuri, and sometimes these requests must be fulfilled by the CTE PCs. On May 29, Amy requested that you share information with CTE IT teachers regarding OSHA training. She also requested that she be copied on the email sent to teachers so she could represent to the CTU evidence the request had been addressed. Amy had to request this information from you three separate times before you finally provided the information.**

Your failure to follow through with this request caused Amy to delay her conversations with the CTU.

**4.) On May 17, you were asked to provide Amy Romito with documents for the Technical Assistance Visit (TAV) by the State of IL Board of Education. The due date was June 15, 2018. You completed this task on June 26 after you were sent reminders via email.**

Your failure to follow through with this request delayed Amy's preparations for the TAV visit.

7. You are expected to arrive to work on time (i.e. 9:00 am) **You where tardy for work (swiped in after 9:00 am on 8 different days) between 4/19/18 to 7/24/18.**

In conclusion, at the end of the 30 day follow up, you are not following all parts of the action plan established in your performance improvement plan. In addition, other examples of your failure to perform your job duties have arisen and are detailed above.

This Section May be Based on the Discussion with the Employee

Failure to improve this performance deficiency will result in a progression of this performance improvement process.

Supervisor Signature: _Carolyn Jourdan_ Date: 7/25/18

Employee Signature: _Ghnoon Arshed_       Date: 7/25/18

Employee Comments:

_Rebuttle to come via email_



Document 1 (D1)



Chicago
Public
Schools

Jourdan, Carolyn <ctrownd@cps.edu>

---

## Follow Up
1 message

---

**Jourdan, Carolyn** <ctrownd@cps.edu>            Fri, May 18, 2018 at 12:59 PM
To: Haroon Arrasheed <harrasheed1@cps.edu>

Haroon,

I have kept our Monday meeting on the calendar so we can continue to discuss the following:

- A summary of all projects you are currently working on. (Including the IT Capstone)
- An explanation of the meetings/actions/supports you are taking around the project (i.e. meetings, events etc.). Please include dates and times
- An explanation of next steps with project/schools including a timeline for each.
- When are meetings scheduled?
- What is your plan of persistence with each project?
- What is the plan to support project/schools with partnerships (please be specific) both old and new?
- What is your overall strategy to support all schools within the CTE IT cluster?
- An explanation of how you are working with other groups within OCCS including a how you are allocating your time between CTE and other OCCS groups.

This is part of your action plan and I have not seen anything in writing other than information around Capstone. Please have a template of how you want to proceed to address the items above and a timeline set up as discussed in your action plan.

Carolyn

**Carolyn Rownd Jourdan**
Manager, CTE Program Coordination
Office of College & Career Success|
Chicago Public Schools | 42 W. Madison Avenue| Chicago, IL 60602
PH: 773-553-3198| FX: 773-553-3543 | Cell: 773-480-8916 | EM: ctrownd@cps.edu

Haroon - (5.21.18)

Thank You for meeting with me on Monday

**To recap the points of our conversation (Connect to Tracker)**

**Review your capstone:**
**Went ok, but felt it could have been better. More schools, better date, point system to qualify, some teachers participate in the project, committee to vet projects, thinking of the capstone being for the top 5 and then have them present on the stage. No tour this year but but speaker this year.**

**Discussion for the meeting talked about the following**

- A summary of all projects you are currently working on. (Including the IT Capstone)

    Apple, Amundsen, Cyber Security, Etc

- An explanation of the meetings/actions/supports you are taking around the project (i.e. meetings, events etc.). Please include dates and times
- An explanation of next steps with project/schools including a timeline for each.
- When are meetings scheduled?
- What is your plan of persistence with each project?
- What is the plan to support project/schools with partnerships (please be specific) both old and new?
- What is your overall strategy to support all schools within the CTE IT cluster?
- An explanation of how you are working with other groups within OCCS including a how you are allocating your time between CTE and other OCCS groups.

**Action Items: Haroon**
    Complete the questions above

**Action Items: Carolyn**
    Sounding board as he works through the questions.

Please let me know if I need to add additional information to our notes.
Carolyn

Thank You for meeting with me on Tuesday (6-4-18).

## To recap the points of our conversation

| | Updates Week of 5/28/18 | Details and Notes | Participants | Owner |
|---|---|---|---|---|
| 1. | Meeting with Security Advisors Alliance - CTF | Capture the flag event being planned for the Fall with STEM IT and CTE IT Students. | Luther Dunlap, Scott Summers, John Johnson (partner), Shelly Plaza (partner) | Luther (Haroon is working to support) |
| | IT/CS/STEM Group Kickoff Meeting | Meeting to discuss overlap between the 3 groups<br><br>Cyber, City wide IT program | **Present:** Members of STEM, CTE, CS | Allie |
| 2. | Westinghouse Course Code discussion | Meeting to discuss Westinghouse using AP Code for CTE IT Web Design<br><br>Honors will be given to Westinghouse but we will have a discussion to create process and procedures during the summer to make sure we are being fair to all schools | **Present:** Mitch S. Carolyn J. Amy R. | **Amy** |
| 3, | Tech Fair at Mather High School | 5-31-18 CTE IT FIT, Web Design and Gaming students displayed several projects that they worked on throughout the year.<br><br>Take away- have students in FIT | School | |

| | | | | |
|---|---|---|---|---|
| | | begin to present so that by senior year they are ready to go to WBL opportunities and capstone | | |
| 4. | REACH Assessment Planning | Faythe Brennan of the CS Dept. is tasked with revising the ECS/FIT BOY/EOY Test. A CTE IT Teacher revised the current version. I redirected her to Sarah R. | | |
| 5. | STEM/CTE - Project & Equipment Coordination Mtg | Purpose was to discuss lab layouts, furniture and equipment for new Programs opening in the fall at Solorio and Infinity. | Simone, Jenny, Allie, Kye-Anne, James (construction PM) Nicole, | Allie Haroon and Kye-Anne |
| 6. | Assist Mather with Gaming Sessions | Issues with YoYo Games GameMaker Application, when students don't log out their sessions stay live, I have to log into YoYo Games and revoke sessions. | | |
| 7. | Review resumes for IT Candidates sent from Amy | Several candidates have | | |
| 8. | Provided Amy with 2 potential IT Teachers | | | |
| 9. | Vouchers for Disney from Certification Partners, last minute | | | |

| | | | | |
|---|---|---|---|---|
| | request Researched,requested quotes for Capstone, Prizes | | | |
| 10. | Emailed teachers about GIS | | | |
| 11. | Attended Goode's STEM Fest | | | |
| 12. | Briefly met with Maneesha about Lake View's equipment request, unable to order due to licensing of teachers | | | |
| 13. | Follow-up about CVCA's reimbursement for Uber rides for Capstone | | | |
| 14. | Review Docs around Cyber Security Capture the flag event | | | |
| 15. | Assist John Genell from Morgan Park with getting printer assistance from CTE IT Repair Vendor | | | |
| 16. | Assist Stephen with getting Certiport certification access | | | |
| 17. | Review equipment lists | | | |

Di

| | | | | |
|---|---|---|---|---|
| | for new programs at Infinity and Solorio | | | |
| 18. | Modified performance improvement plan | | | |
| 19. | Certifications, CIW & Certiport | | | |
| | | | | |

**<u>Action Items: Haroon</u>**

Finish reporting out (brain dump)

Certification number

Divide the list above City wide and School Specific

**<u>Action Items: Carolyn</u>**

- schedule with Mary

Please let me know if I need to add additional information to our notes.

Carolyn



 Chicago
Public
Schools

Jourdan, Carolyn <ctrownd@cps.edu>

# Fwd: Feedback on CTE-IT program coordinator

**Jourdan, Carolyn <ctrownd@cps.edu>**                                    Wed, May 16, 2018 at 11:59 AM
Draft

---------- Forwarded message ---------
From: Raichoudhuri, Rituparna <rraichoudhu@cps.edu>
Date: Wed, May 9, 2018 at 3:12 PM
Subject: Fwd: Feedback on CTE-IT program coordinator
To: Carolyn Jourdan <ctrownd@cps.edu>

FYI. Please ask Mary and Christina how to proceed with this information.

Thank you

---------- Forwarded message ---------
From: Raichoudhuri, Rituparna <rraichoudhu@cps.edu>
Date: Wed, May 9, 2018, 3:11 PM
Subject: Re: Feedback on CTE-IT program coordinator
To: Lucia Dettori <ldettori@cps.edu>

Thank you so much for such comprehensive feedback. I really appreciate it. Without information like this we cannot get better. Rest assured these points will get addressed immediately. I apologize that Haroon's inaction has hindered the progress of the goals of your department.

Thanks again.

On Wed, May 9, 2018, 2:19 PM Dettori, Lucia <ldettori@cps.edu> wrote:

Rita

I'd like to provide some feedback on Haroon in his role of senior program coordinator for CTE-IT. As you know there are a lot of points of intersection between CTE-IT and OCS so it is critical that the relationship between the two operations works well. Unfortunately this has not been the case. Here are some examples.

Members of our high school team have been approached by CTE-IT teachers at multiple schools stating that they are not feeling supported by Haroon. On several occasions he has not returned messages, and has not followed up on equipment requests. New teachers who asked for access to the curriculum for the pathway also did not receive prompt response. Teachers are the people most directly affecting students learning so it is critical that they feel supported. It is difficult enough to find good, qualified CS teachers, independently of whether they are teaching CTE or CS courses, so we need to take care of the ones we have.

Typically every summer there is content-area PD for CTE teachers (for example PD on new programming languages, networking and such). To date there has been nothing schedule or at least nothing was communicated to us. This hinders our ability to effectively schedule our own PDs since we want to make sure we don't overlap/we leverage any PD that might be relevant to our teachers.

He has not been very responsive to the Apple team regarding the CTE pathway being created. I personally witness his behavior in a meeting with Apple leadership team and his input was minimal and at times incorrect. As you know OCS has a big commitment to the ECC Apple initiative and we are expanding the relationship through the Center for Excellence Apple is funding. These projects are high visibility and need to be handled accordingly. Incidentally, he is invited to the weekly meetings with Apple and I am told that in most occasions, especially recently, he has not attended. Given the recent confusion on the CTE Apple pathway it is apparent to me that he has failed to properly communicate progress/issues with his leadership. This puts us in a difficult spot since we assumed he was keeping all in the loop.

He did not follow through on the scope of work that was originally agreed upon with our partners at BATEC. Specifically, the goal of the grant was to support curriculum development work for the Gaming and Computer Science pathways. As a result it is my understanding that those pathways have not been significantly updated since



his transition into his role. This resulted on having to request an extension. It is my understanding that funds have since been repurposed from curriculum development to buying prizes and licenses. While this is probably ok it is a missed opportunity to engage teachers and industry professionals in the revamping of those pathways.

We have done what we can to be inclusive and make him part of the team. He has been invited to join our integration specialists when we are visiting schools with CTE-IT pathway to help streamline communication with schools that have CTE-IT pathways. He is on our mailing list and has a standing invitation to our staff meeting (he attends sporadically). Despite our outreach he has not contributed significantly to our common strategic goals.

Thanks
Lucia



Chicago
Public
Schools

# Fwd: Attendance at Apple weekly phone calls

2 messages

**Dettori, Lucia** <ldettori@cps.edu>
To: Carolyn Jourdan <ctrownd@cps.edu>

Tue, Jul 24, 2018 at 5:48 PM

---------- Forwarded message ----------
From: **Williams, Troy** <tkwilliams6@cps.edu>
Date: Tue, Jul 24, 2018 at 5:06 PM
Subject: Re: Attendance at Apple weekly phone calls
To: "Dettori, Lucia" <ldettori@cps.edu>

Hi Lucia. As far as our weekly meetings with Apple, I can't recall him being part of any during the time frame of May and June.

On Tue, Jul 24, 2018 at 5:03 PM, Dettori, Lucia <ldettori@cps.edu> wrote:
> Troy
> Could you let me know whether Haroon has regularly attended the weekly Apple phone meetings in the months of May and June.
> Thanks
> Lucia

--
Troy Williams
District Integration Manager - Computer Science for All
Chicago Public Schools
Office of Computer Science
Ph: 773-553-2048
Cell: 773-255-4617
tkwilliams6@cps.edu

**Jourdan, Carolyn** <ctrownd@cps.edu>

Tue, Jul 24, 2018 at 6:20 PM

*Let us know what you think!  Please take a few minutes to tell us about your recent experience with our department.  All responses are confidential.  https://www.surveymonkey.com/s/OCCSsurvey*

To: "Dettori, Lucia" <ldettori@cps.edu>

Thank you sharing your concerns

Carolyn

## Carolyn Rownd Jourdan

Manager, CTE Program Coordination
Office of College & Career Success |
Chicago Public Schools | 42 W. Madison Avenue | Chicago, IL 60602
PH: 773-553-3198 | FX: 773-553-3543 | Cell: 773-480-8916 | EM: ctrownd@cps.edu
[Quoted text hidden]

Chicago Public Schools - Calendar - Week of May 6, 2018

| | Sun 6 | Mon 7 | Tue 8 | Wed 9 | Thu 10 | Fri 11 | Sat 12 |
|---|---|---|---|---|---|---|---|
| GMT-05 | | | | | | | |
| 6am | | | | | | | |
| 7am | | | | | | | |
| 8am | | | | | | CTE IT Capstone 2018 8am – 3pm Motorola Mobility Inc. Location 222 W Merchandise Mart Plaza #1800, Chicago, IL 60654 | |
| 9am | | Meeting w/ Jermel Jo 9 – 10am | CTE Broadcast Tech. Car Talent Ch Event 9am – 1:05pm Gene Siskel Film Center | | Capstone 9:30 – 11am LP-3C-3C108-Small- | | |
| 10am | | | | Check in with 10am | | | |
| 11am | | High School 11am | Capstone Calls 11am, LP-GC-GC107; | GPS/Appl Room for 11am, tel 11am, LP | | | |
| 12pm | | | | | | | |
| 1pm | | GS Staff Meeting 1 – 3pm conf call 563-999-2090 p-450853 LP- 3C-3C103-Large-VG | | Westinghouse, 1pm | Motorola Capstone M 1pm, Motorola Mobili | Jumuah Friday Pray 1 – 2pm | |
| 2pm | | | | CPS/Housep4, 2pm | | | |
| 3pm | | | | | | | |
| 4pm | | | | | | | |
| 5pm | | | | | | | |
| 6pm | | How to Become a Ce 6 – 7pm | | | | | |

| | Sun 13 | Mon 14 | Tue 15 | Wed 16 | Thu 17 | Fri 18 | Sat 19 |
|---|---|---|---|---|---|---|---|
| GMT-05 | | | | | | | |
| 6am | | | | | | | |
| 7am | | | | | | | |
| 8am | | | | | | | |
| 9am | | Program: Coordinator Team 9:30 – 11am LP-GC-GC108- | CPS Hire For A Higher Chicago SENIOR CAREER FAIR 9am – 3pm Chicago Teachers Union at 1901 W. Carroll | Asset inventory make-up opportunity 8am – 3:50pm 42 W Madison lobby | | CTE Digital Media Capstone 9am – 1:05pm Flashpoint Chicago | SAVE THE DATE: Health Sciences Senior Capstone 9am – 2pm The University of Chicago Pritzker School of Medicine |
| 10am | | | | | CTF Oct. '18 10am, LP-2C-2C114-I | | |
| 11am | | CPS Asset Inventory 11am, your desk | | CPS/Appt room for 11am, te      11am, LR | Security Advisors 11:15am, LP-GC-G          Amundse | | |
| 12pm | | | | | | | |
| 1pm | | | STEM Equipment CI 1pm, LP-2C-2C115-I | | | | Jumuah Friday Pray 1 – 2pm |
| 2pm | | | MANDATORY: Cent 2:15pm, 42 W Madi: | Equipmen, 2:30pm | | | |
| 3pm | | | HS STEM Lab - Coor 3pm, Please use the | CTE - WEL 3:30pm | | | |
| 4pm | | | | | | | |
| 5pm | | | | | | | |
| 6pm | | | | | | | |

Chicago Public Schools - Calendar - Week of May 20, 2018

GMT-05

| | Sun 20 | Mon 21 | Tue 22 | Wed 23 | Thu 24 | Fri 25 | Sat 26 |
|---|---|---|---|---|---|---|---|
| 6am | | | | | | | |
| 7am | | | | | | | |
| 8am | | | Travel 8 – 9am | | | | |
| 9am | | Conversation, 9am | Work from Solorio P 9 – 10am | | | | |
| 10am | | Check in witl, 10am | Infinity HS STEM Rev 10am, Infinity Math S | | | | |
| 11am | | High School, 11am | Travel, 11am | GPS/Apple-SGC-Initia 11am, tel: +48666399 | | STEM Fest Goode 8:30am – 3:30pm Sarah E. Goode STEM Academy | |
| 12pm | | | Solorio STEM Lab 11:30am, Previous Meeting Went Over and 12 – 1:45 | | SAVE THE DATE! 2018 Pre-Engineering Capstone 12:30pm – 2:30pm U/C Student Center East | CS Staff Meeting 11:15am – 12:45pm conf call 563-999-2090 pc 459853, | |
| 1pm | | | | CANCELLED, 1:2pm | | Jumuah Friday Pray 1 – 2pm | |
| 2pm | | | Travel to G, 1:45pm Finished Working at Goode 2:15 – 5pm | | | | |
| 3pm | | | | | | | |
| 4pm | | | | | HOLD for Update 4 – 5pm   Hold: Folk | | |
| 5pm | | | | | | | |
| 6pm | | | | | | | |

Chicago Public Schools - Calendar - Week of July 1, 2018

| | Sun 1 | Mon 2 | Tue 3 | Wed 4 | Thu 5 | Fri 6 | Sat 7 |
|---|---|---|---|---|---|---|---|
| GMT-05 | | | | | | | |
| 6am | | | | | | | |
| 7am | | | | | | | |
| 8am | | | | | | | |
| 9am | | | | | | | |
| 10am | | | | | | | |
| 11am | | High School , 11am | Work 11am, Loop Office-G | | ECC Chic room for 11am, tel 11am, LP | | |
| 12pm | | | | | | | |
| 1pm | | CS Staff Meeting 1pm, conf call 563-9 | | | | Jumuah Friday Praye 1 – 2pm | |
| 2pm | | | | | | | |
| 3pm | | | | | | | |
| 4pm | | SSHHHHH! Surprise Afterwork Event 4 – 6pm Latinicity | | | | Hold 3:30pm, LP-GC-GC11 | |
| 5pm | | | | | | | |
| 6pm | | | | | | | |

Chicago Public Schools - Calendar - Week of July 15, 2018

|  | Sun 15 | Mon 16 | Tue 17 | Wed 18 | Thu 19 | Fri 20 | Sat 21 |
|---|---|---|---|---|---|---|---|
| GMT-05 | | | | | | | |
| 6am | | | | | | | |
| 7am | | | | | | | |
| 8am | | | | | | | |
| 9am | | Infinity ECSS Meeting 9 – 11am | Solorio ECSS Meeting 9 – 11am Solorio Academy High School | STEM Initit, 9:30am | | | |
| 10am | | Program Coordina 9:30 – 11 LP-GC-GC213 | | | | | |
| | | Infinity M Science 2 Technolo | | | | | |
| 11am | | High School, 11am | | | | | |
| 12pm | | Work 12pm, LP-GE-GE117A | | | | | |
| 1pm | | | 2nd meeting regardii 1pm, LP-3C-3C102-M | | Apple Orders Review 1pm, conf call | Jumuah Friday Praye 1 – 2pm | |
| 2pm | | | | | | | |
| 3pm | | Check in w, 2:30pm | | | CONFIRMED - CS Staff Meeting 2:45 – 4:30pm LP-GC-GC113-BoardRoom-D, conf | | |
| 4pm | | | | | | | |
| 5pm | | | | | | | |
| 6pm | | | | | | | |



*Document 3*



Chicago
Public
Schools

Jourdan, Carolyn <ctrownd@cps.edu>

## IT Planning Concerns

2 messages

---

**Parker, Allison** <aaparker3@cps.edu>               Fri, May 11, 2018 at 1:45 PM
To: Carolyn Jourdan <ctrownd@cps.edu>

Hi Carolyn,

I know this is delayed now that IT Capstone is taking place, but I wanted to let you know about some concerns around extra responsibilities related to the event that have been placed on Bernadette during a busy time for STEM.

As you know, a few weeks ago Bern realized that she/the STEM schools hadn't heard anything about the IT Capstone. When I mentioned this concern, it turned out that plans for the event had not yet been started. This delay created a time crunch for the event, and Haroon asked Bern to take on a number of planning responsibilities. She mentioned this to me out of concern for being able to get her work done. I let her know that she should assist only in a capacity in which she's comfortable, and to keep her STEM priorities at the top.

You may not know that back in March, when Bern couldn't attend the Hackathon event she planned due to a family emergency, she asked Haroon to be point on the day of the event. Haroon and I went to the location with Bern a couple of days before to get all the details and planned out responsibilities. Unfortunately, he showed up almost an hour after we agreed the day of the event, barely before it began, and I led the full event the whole day. This worked out fine, and Bern is not aware of this, but it was in line with the concerns above, so I wanted to mention it.

I wanted to let you know, as I am looking out for my team's best interests. Also, Bern did not specifically ask that I pass this along, so I'd prefer she's not personally brought into the discussion unless necessary. Let me know how you'd like to proceed.

Allie

--
**Allie Parker**
*Senior Manager, STEM* | Early College and Career Education
Chicago Public Schools
(p) 773-553-5152 | (e) aaparker3@cps.edu

---

**Jourdan, Carolyn** <ctrownd@cps.edu>               Fri, May 11, 2018 at 2:45 PM
To: "Parker, Allison" <aaparker3@cps.edu>

Alllie,

Thank you for sharing your concerns. Our goal is to learn from each event and this will assist Haroon and I in a discussion on ways to be better prepare for his events in the future.

Carolyn

## Carolyn Rownd Jourdan
Manager, CTE Program Coordination
Office of College & Career Success|
Chicago Public Schools | 42 W. Madison Avenue| Chicago, IL 60602
PH: 773-553-3198| FX: 773-553-3543 | Cell: 773-480-8916 | EM: ctrownd@cps.edu
[Quoted text hidden]

| | Sun 13 | Mon 14 | Tue 15 | Wed 16 | Thu 17 | Fri 18 | Sat 19 |
|---|---|---|---|---|---|---|---|
| GMT-05 | | | | | | | |

Architect

Chicago Builds Upc

THI Health
h Sc Sciences
r Ca Senior
nive – 2p Capstone
go f 9am – 2p
ol of The
cine Universit
y of
Chicago
Pritzker
School of
Medicine

Add purpose

×

7am

8am

9am
Program — Program
Coordinal Coordina
9:30 – 11: 9:30 – 11:
LP-GC-GC LP-GC-

CPS I— CPS Hire For
For A A Higher
Highe Chicago
Chica SENIOR
SENIC CAREER FAIR
CARE 9am – 12pm
FAIR Chicago
9am – Teachers
Chica Union at

10am
CPS Asset Inventory
11am, your desk

Teachers
Union at
1901 W.

11am

CTF Oct. '18

12pm

STEM En Engineer
1pm, LP-2C-2C1

🕐  Thursday, May 17
10:00 – 11:00am

1pm
MANDATORY: Centi
2:15pm, 42 W Madis

▦  LP-2C-2C114-Huddle-P
LP-GW-GW108-Huddle-P

2pm
HS STEM Lab - Coord
3pm, Please use the

📞  Join Hangouts
ctf-oct-18

3pm

👥  3 guests
3 yes

4pm

Luther Dunlap
Organizer

Bernadette Limos

Haroon Arrasheed

5pm
🖼  Luther Dunlap

6pm

Motorola Capstone Walk Through

Thursday, May 10
1:00 – 2:00pm

Motorola Mobility 222 W Merchandise Mart Plaza #1800 ...

Join Hangouts
motorola

3 guests
3 yes

Haroon Arrasheed
Organizer

mhauser@lenovo.com

Scott Summers

The purpose of this meeting is to do a walkthrough of the CTE IT Capstone.

Haroon Arrasheed

*Handwritten annotations:* D4, Purpose, Who, Good Example

---

| | Sun 6 | Mon 7 | Tue 8 | Wed 9 | Thu 10 | Fri 11 | Sat 12 |
|---|---|---|---|---|---|---|---|
| GMT-05 | Work on biweekly o | | | | | | |
| 11am | | High Scho  Summer  | ast    ast<br>Tecl   Tech.<br>Cap   Captso<br>ne     ne<br>Evel   Chicar Capst<br>9arr   Builds  11am,<br>Gen    Sisk<br>Film<br>Cen | Check in , Check in \ | 9:30 – 11am<br>LP-3C-3C108-Small-<br>D, | Chicago Builds Upc<br>bar  Capstone<br>Mc   Event<br>ola   9am - 1:05pm<br>Mc   Flashpoint<br>ity   Chicago<br>Inc | |
| 12pm | | | | CPS/Appt  :ream for<br>11am  ceil  11am  LP | | | |
| 1pm | | GS Staff Meeting<br>1 – 3pm<br>conf call 553-000 | Procurement Board F<br>2:30pm, LP-GC-GC10 | | | | |
| 2pm | | Jones for Zoom: Jc<br>2 – 4pm  2pm, http | | | | | |
| 3pm | | | | | | | |
| 4pm | | | | | | | |
| 5pm | | | | | | | |
| 6pm | | How to Become a Ce<br>6 – 7pm | | | | | |
| 7pm | | | | | | | |
| 8pm | | | | | | | |
| 9pm | | | | | | | |
| 10pm | | | | | | | |




# STEM Fest Goode
Created by: harrasheed1@cps.edu

Time
## 8:30am - 3:30pm (Central Time)

Guests
- ✔ Haroon Arrasheed
- ✔ Luther Dunlap
- ✔ Scott Summers

Date
## Fri May 25, 2018

Where
## Sarah E. Goode STEM Academy, 7651 S Homan Ave, Chicago, IL 60652, USA

My Notes

Who is involved?
Do you have the agenda for the day?



# Security Advisors Alliance - CTF
Created by: lcdunlap@cps.edu

Time
## 11am - 12pm (Central Time)

Date
## Tue May 29, 2018

Where
## LP-3C-3C108-Small-D

Description
Here's the call in info:

Conference # 781-448-4972
PIN # 89133

My Notes

Rooms, etc.
- ✔ LP-3C-3C108-Small-D

Guests
- ✔ Haroon Arrasheed
- ✔ John Johnson
- ✔ Luther Dunlap
- ✔ Scott Summers
- ✔ splaza@securityadvisoralliance.org
- ? Bernadette Limos

Purpose
who is involve ie:
vendor's
Name



# Tech Fair at Mather High School
Created by: harrasheed1@cps.edu

Time
## 10am - 2pm (Central Time)

Guests
- ✓ Haroon Arrasheed
- ✓ Luther Dunlap
- · Scott Summers

Date
## Thu May 31, 2018

*who is involved?*
*From Mather?*

Where
## Mather High School, 5835 N Lincoln Ave, Chicago, IL 60659, USA

Description
Students from CTE IT, FIT (ECS), Gaming and Web
Design will be showcasing projects that they have
created. Projects will be displayed in HTML, Scratch,
and GameMaker.

> *purpose!*

My Notes



Haroon - (5.10.18)

Thank You for meeting with me on Monday

## To recap the points of our conversation (Connect to Tracker)

Focus of time is being spent on capstone.
Concerns around busses, Volunteers, Run of Show

1. Haroon is still working to get busses. Teachers are not following through so working to get the teachers moving.
2. Who are they? Has 14 but more people will be called. Goal is 20. List is created.
3. Still working to connect it to what has been told to teachers.

Conversation about why this is necessary - important to be able to update new people etc.

Speaker Sima Sistani- who is her person- at this time Haroon thinks it will be Bern. If this changes he will let me know.

Motorola Speaker- as of today has not been confirmed… in the process with Motorola (Megan and Monica)

He is still working with teachers who are not following the process.

## Action Items: Haroon
Give Carolyn up to date information by the EOB Thursday

## Action Items: Carolyn


Please let me know if I need to add additional information to our notes.
Carolyn


**Foundation**

## CPS and Capstone: Run of Show

*Friday, May 11, 2018*

*9:00 am - 2:30 pm*

*Motorola Headquarters* → Address *update*

*(Chicago Theater on 19th Floor)*

*Map it*

*Companies/schools*

## Event Details

- Buses with 100 students arrive around 9:15am- 10am
  - ~20 buses
  - Drop off on S. Drive, need to park somewhere else
- Buses pick up students at 3pm — *where* *and back to disperse to*
- Audio Visual Needs: — *who has it, what is it, how is it getting their?*
- Chicago Theater Setup: *Room*
  - Science fair style with 10 tables in U-shape around perimeter of common space
  - Up to 8 tables for Student Showcase
  - Chairs in theater set up as usual – garage doors open (how many seats in theater?)
    - Labels on tables for:
      - Capstone (computer programming, networking, gaming and web development)
  - 2-3 Easels set up in Chicago Theater
  - Student presentations tables
  - Power strips (7)
  - Tables along north wall for extra catering support
  - Rolling TV monitors (Wiggy)
  - Registration:
  - Two 6ft tables on 19th floor, guest should be routed directly to 19 via signage/greeter in lobby and second floor
- Security *Motorola*
  - Expected Guest Count: 175 people (100 high school students; 75 parents, teachers, college representatives,).

*Where is the Capstone?*

*accurate #s*

- VIPS - *[handwritten: External]* *[handwritten: Do you have speakers / Speaker of Motorola?]*
  - ⊠ No government officials expected
- Media *[handwritten: Who]*
  - ⊠ CPS Volunteer will do photography
  - ⊠ Press release being drafted, sent next week for Moto review *[handwritten: Has it been sent — No next week]*
  - ⊠ Confirm if Weber Shandwick can publicize
- Guest routing
  - ⊠ Signage needed *[handwritten: Who is doing it — Due Date]*
  - ⊠ Language for entry to Moto *[handwritten: ?]*
  - ⊠ Registration: 2 tables will be set up on 19th floor in shared space. Need 1-2 CPS staff to help run registration. *[handwritten: Who]*
    - Guests should be instructed to arrive by 9:00 am, this is not an open house.
  - ⊠ Departure: Guests leave via 19th floor elevators (routed past compliance labs) *[handwritten: Who]*
- Name badges:
  - ⊠ Moto to create and provide name badges for all registered attendees? List of names from CPS shared by May 5th. *[handwritten: Did you get them?]*

## Detailed ROS

8:15-8:30 am: Scott and Haroon arrive, directed straight to 19
9:15 -10:00 am: Students arrive, dropped off on South Drive and come up to 18 floor lobby ( _20_ number of buses)/ Industry partners/Parents arrive *[handwritten: Who is Directly Traffic]*
10:00: Start time
10:15 X pm: Student presentations (what is the format for this, had discussed 2-3 activities happening at the same time, what will parents do?) *[handwritten: Has this all been finished]*
- 10 min rotations (7 presentations, 3 Q&A). Science fair style presentations end at 1:15 pm for judging.
- Ken Fong 20 min MODS demo at 11:30am *[handwritten: where, is he VIP?]*
12:00 pm: Lunch set up, grab and go
1:15 pm: Presentation on social media etiquette, dressing for success, interview etiquette
X pm Award presentation
- Trophy, medallion, etc. Need table on stage. *[handwritten: How Who]*
3:00 pm: Guest depart via 19th floor elevators
*[handwritten: Traffic control]*

## Food/Catering Details

- 175 ppl, lunch provided by Moto Foundation
*[handwritten: Has this been confirmed? In writing]*
*[handwritten: Who is doing this — What is there Script.]*

D5

*What time is set up, who is setting everything up.* ~~what time is s~~

**Detailed Event Schedule**

*Who* *Local* *who* *who*

| | | | | |
|---|---|---|---|---|
| | | | | 1st Floor Greeters Registration Table on 19th Floor |
| 9:00-9:45 AM | Registration/Check-In for Judges, Capstone Competitors | 19th Floor | Everyone | |
| | Capstone Competitors Setup | Exhibit Area | Capstone competitors | CPS Staff Volunteer |
| 9:50-10:05 AM | Welcome *Who, How + expand on this* | Auditorium | Everyone | CPS Staff Motorola Staff *Who* |
| 10:15-10:25 AM | Judges Overview *Explain this* | Exhibit/Competition Area | Judges/Timekeepers *Who* | Haroon Arrasheed |
| | Capstone competitors moved to competition area | Exhibit/Competition Area | Capstone Competitors | CPS Staff Volunteer *Who* |
| | Partners, spectators, non-competitors and teachers moved to competition area | Exhibit/Competition Area | Partners/Spectators/non-competitors/teachers | CPS Staff Volunteer |
| 10:30AM-1:15PM | Judging/Scoring of Computer Programming | Exhibit/Competition Area | Judges/Timekeeper/Computer Programming competitors | CPS Staff Volunteer/ Industry Judge |
| | Judging/Scoring of Gaming | Exhibit/Competition Area | Judges/Timekeeper/Gaming competitors | CPS Staff Volunteer/ Industry Judge |
| | Judging/Scoring of Networking | Exhibit/Competition Area | Judges/Timekeeper/Networking competitors | CPS Staff Volunteer/ Industry Judge |
| | Judging/Scoring of Web Development | Exhibit/Competition Area | Judges/Timekeeper/Web Development competitors | CPS Staff Volunteer/ Industry Judge |
| | Motorola Product Demonstration | Auditorium | Motorola Team | |
| 11:30-11:45 AM | Lunch | Designated Lunch Area | Everyone | CPS Staff Volunteer |
| 12:30-1:25PM | Motorola Director | Auditorium | Everyone | TBD |
| 1:15-2PM | Capstone Awards and Winners | Auditorium | Everyone | CPS Staff |
| 2:05-2:20 PM | Closing Remarks/Dismissal *who* | Auditorium | Everyone | CPS Staff *Who* |

*Who is Running this Judging Rubrics?*

*Setup of this area.*

*Is this a rotation?*

*Transition to get kids to Areas.*

*Where are the kids? What is their Rotation/Specifics from 10:30 - 1:15*

- List of schools, Chaperones, #'s
- What How are student going to be doing while waiting for others
- Volunteer List
     who, Cell #, email address
     Have you confirmed their help / volunteering

- Set up - Who is doing the set up
     When will it be done
     Who is checking it out

- Do you have everything ready to go?
     Tables
     Chairs
     Electronics
     Registration table

- Who/How are you handling VIPs? Speaker

- Do we have any contracts / paperwork

| Timestamp | Email Address | Score | Crowd Control | Judging Competitions | Miscellaneous | Tabulator of Judging Rub | Distributor of Prizes |
|---|---|---|---|---|---|---|---|
| 5/7/2018 17:24:57 | scclemons@cps.edu | | | Shelby Clemons | Shelby Clemons | | Shelby Clemons |
| 5/8/2018 7:42:08 | mooblan1@cps.edu | | can do! | not in my wheelhouse | (ye can do! | probably can do! | can do! |
| 5/8/2018 8:01:05 | nsabatino@cps.edu | | | | Nicole Sabatino | Nicole Sabatino | |
| 5/8/2018 9:49:18 | lcrazze@cps.edu | | | Lisa Washington | Lisa Washington | | |
| 5/8/2018 10:03:43 | aehope@cps.edu | | | | Aoko Hope | | |
| 5/8/2018 11:43:32 | jmitchell77@cps.edu | | Jennifer Mitchell | Jennifer Mitchell | | | |

Xavier
Alisha
Stephen
Scott
tk

*Document 6A*

 Chicago Public Schools

Jourdan, Carolyn <ctrownd@cps.edu>

---

## Follow up on data needed for the FY18 Perkins Grant

5 messages

---

**Jourdan, Carolyn** <ctrownd@cps.edu>                    Thu, Jun 21, 2018 at 4:57 PM
To: Haroon Arrasheed <harrasheed1@cps.edu>

Good Morning Haroon,

The PC information about the FY 18 grant was due yesterday. I know you are on vacation but this request went out at the beginning of June and you were reminded about it on June 11th.

It is imperative that you complete this information first thing upon your return on Monday so that Maneesha can complete the documentation for the grant.

If you need assistance or have questions please reach out to me or Maneesha.

Thanks

Carolyn

## Carolyn Rownd Jourdan
Manager, CTE Program Coordination
Office of College & Career Success |
Chicago Public Schools | 42 W. Madison Avenue | Chicago, IL 60602
PH: 773-553-3198 | FX: 773-553-3543 | Cell: 773-480-8916 | EM: ctrownd@cps.edu

---

**Arrasheed, Haroon** <harrasheed1@cps.edu>                    Mon, Jun 25, 2018 at 10:17 AM
To: "Jourdan, Carolyn" <ctrownd@cps.edu>

Good Morning,

I apologize for the delay. I have completed my portion of the FY18 Grant spreadsheet.

Thank you,

Haroon

## Haroon Arrasheed, MIS, MBA
Senior Program Coordinator | Information Technology
Office of College & Career Success | Career & Technical Education (CTE)
Chicago Public Schools | 42 W. Madison Avenue | Chicago, IL 60602
Phone: 773-553-2303
Fax: 773-553-1349
[Quoted text hidden]

---

**Jourdan, Carolyn** <ctrownd@cps.edu>                    Mon, Jun 25, 2018 at 12:34 PM
To: "Arrasheed, Haroon" <harrasheed1@cps.edu>

Please check all the due dates we talked about at our last meeting (6/11) to make sure you are meeting deadlines.

Carolyn

---

D6 19

## Carolyn Rownd Jourdan
Manager, CTE Program Coordination
Office of College & Career Success|
Chicago Public Schools | 42 W. Madison Avenue| Chicago, IL 60602
PH: 773-553-3198| FX: 773-553-3543 | Cell: 773-480-8916 | EM: ctrownd@cps.edu

[Quoted text hidden]

---

**Arrasheed, Haroon** <harrasheed1@cps.edu>       Mon, Jun 25, 2018 at 12:36 PM
To: "Jourdan, Carolyn" <ctrownd@cps.edu>

Will do. Everything else is due by the 29th, correct?

## Haroon Arrasheed, MIS, MBA
Senior Program Coordinator | Information Technology
Office of College & Career Success | Career & Technical Education (CTE)
Chicago Public Schools | 42 W. Madison Avenue| Chicago, IL 60602
Phone: 773-553-2303
Fax: 773-553-1349

[Quoted text hidden]

---

**Jourdan, Carolyn** <ctrownd@cps.edu>       Mon, Jun 25, 2018 at 12:41 PM
To: "Arrasheed, Haroon" <harrasheed1@cps.edu>

yes...

## Carolyn Rownd Jourdan
Manager, CTE Program Coordination
Office of College & Career Success|
Chicago Public Schools | 42 W. Madison Avenue| Chicago, IL 60602
PH: 773-553-3198| FX: 773-553-3543 | Cell: 773-480-8916 | EM: ctrownd@cps.edu

[Quoted text hidden]



Document 6B

**Jourdan, Carolyn <ctrownd@cps.edu>**


Chicago
Public
Schools

# FY19 CTE Budget Templates - Invitation to collaborate

8 messages

---

**Maneesha Jacoby (via Google Drive)** <drive-shares-noreply@google.com>     Fri, Jun 29, 2018 at 4:37 PM
Reply-To: Maneesha Jacoby <mdjacoby@cps.edu>
To: ctrownd@cps.edu
Cc: drblackmon@cps.edu, harrasheed1@cps.edu, kwwilborn@cps.edu, nduenas@cps.edu, rkmeador@cps.edu,
skimbrough@cps.edu, SLHeaney@cps.edu, mdjacoby@cps.edu, ljmcgee2@cps.edu, lknazze@cps.edu,
nsabatino@cps.edu

mdjacoby@cps.edu has invited you to **contribute to** the following shared folder:

 FY19 CTE Budget Templates



Hi all,

The due date for your FY19 budget templates was today. It looks like many of them
have been completed. If they are not yet completed, please complete them by 7/3. Let
us know if you have any questions.

Thanks.

[ Open ]

Google Drive: Have all your files within reach from any device.
Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA

**Google™**

---

**Carolyn Rownd** <ctrownd@cps.edu>     Fri, Jun 29, 2018 at 5:03 PM
To: Maneesha Jacoby <mdjacoby@cps.edu>
Cc: drblackmon@cps.edu, harrasheed1@cps.edu, kwwilborn@cps.edu, nduenas@cps.edu, rkmeador@cps.edu,
skimbrough@cps.edu, SLHeaney@cps.edu, ljmcgee2@cps.edu, lknazze@cps.edu, nsabatino@cps.edu

Thank you Maneesha,

All the PCs were aware of the due date. I will review the sheets when I get back from my PD.

Carolyn

Sent from my iPhone
[Quoted text hidden]

---

**Carolyn Rownd** <ctrownd@cps.edu>     Fri, Jun 29, 2018 at 5:04 PM
To: Maneesha Jacoby <mdjacoby@cps.edu>

D&B

So you know I have shared the due date many times both in writing and in person.

It's not acceptable that there is missing information. I will get it to you ASAP.

C

Sent from my iPhone

On Jun 29, 2018, at 4:37 PM, Maneesha Jacoby (via Google Drive) <drive-shares-noreply@google.com> wrote:

[Quoted text hidden]

---

**Wilborn, Kye-Anne** <kwwilborn@cps.edu>          Fri, Jun 29, 2018 at 5:16 PM
To: Maneesha Jacoby <mdjacoby@cps.edu>
Cc: Carolyn Rownd <ctrownd@cps.edu>, Letitia McGee <ljmcgee2@cps.edu>

Hi Maneesha,
All of mine will be completed.  I am waiting for some updated equipment prices from Nicole to make final updates.


Best Regards,
*Kye-Anne*
**************************************
*"We must remember that intelligence is not enough.  Intelligence plus character - that is the goal of true education." Dr. Martin Luther King, Jr., 1947*

**Kye-Anne Wilborn, MBA, MM**
*2013 Econ Illinois Economics Ambassador*

Senior Program Coordinator | Business, Finance, BioMedical & Pre-Engineering Clusters
PLTW District Administrator | BPA Chicago
Office of College & Career Success | Career & Technical Education (CTE)
Chicago Public Schools | 42 W. Madison Avenue| Chicago, IL 60602
PH: 773-553-2461| FX: 773-553-1349 | EM: KWWilborn@cps.edu

Is CTE In Your Future?  Click Here to Learn More!

*Let us know what you think! All responses are confidential. https://www.surveymonkey.com/s/OCCS*  Please consider the environment before printing this email.

On Fri, Jun 29, 2018 at 4:37 PM, Maneesha Jacoby (via Google Drive) <drive-shares-noreply@google.com> wrote:



mdjacoby@cps.edu has invited you to **contribute to** the following shared folder:

FY19 CTE Budget Templates

 Hi all,

The due date for your FY19 budget templates was today. It looks like many of them have been completed. If they are not yet completed, please complete them by 7/3. Let us know if you have any questions.

Thanks.

Open

Google Drive: Have all your files within reach from any device.
Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA



---

**Kimbrough, Sheronda** <skimbrough@cps.edu>      Fri, Jun 29, 2018 at 5:24 PM
To: Carolyn Rownd <ctrownd@cps.edu>
Cc: Maneesha Jacoby <mdjacoby@cps.edu>, David Blackmon <drblackmon@cps.edu>, "Arrasheed, Haroon" <harrasheed1@cps.edu>, Kye-Anne Wilborn <kwwilborn@cps.edu>, Nilda Duenas <nduenas@cps.edu>, Rashaan Meador <rkmeador@cps.edu>, Susan L Heaney <SLHeaney@cps.edu>, Letitia McGee <ljmcgee2@cps.edu>, Lisa Washington <lknazze@cps.edu>, "Sabatino, Nicole" <nsabatino@cps.edu>

Hi Maneesha, I'm working on them now.

Best,

[Quoted text hidden]
--

Sheronda

**Sheronda L. Kimbrough, M.Ed, C.M.A.**
Sr. Program Coordinator,
Health Sciences | Personal Care Services | Career and Technical Education (CTE)
Office of College and Career Success
Chicago Public Schools
42 West Madison Street, Chicago, Illinois 60602
Office: 773.553.4336
Fax: 773.553.1349



"Our greatest natural resource is the minds of our children." – Walter Elias Disney

---

**Rashaan Meador** <rkmeador@cps.edu>                                    Fri, Jun 29, 2018 at 5:38 PM
To: "Kimbrough, Sheronda" <skimbrough@cps.edu>
Cc: "Arrasheed, Haroon" <harrasheed1@cps.edu>, Carolyn Rownd <ctrownd@cps.edu>, David Blackmon
<drblackmon@cps.edu>, Kye-Anne Wilborn <kwwilborn@cps.edu>, Letitia McGee <ljmcgee2@cps.edu>, Lisa Washington
<lknazze@cps.edu>, Maneesha Jacoby <mdjacoby@cps.edu>, Nilda Duenas <nduenas@cps.edu>, "Sabatino, Nicole"
<nsabatino@cps.edu>, Susan L Heaney <SLHeaney@cps.edu>

I'm finishi them up as well. Just an FYI the template is off a little (the drop down tabs only have schools that go up to the
letter P) so we'll have to type in the rest of the schools names on the top of the columns.
[Quoted text hidden]
--
Rashaan Meador

---

**Maneesha Jacoby** <mdjacoby@cps.edu>                                   Fri, Jun 29, 2018 at 5:41 PM
To: Rashaan Meador <rkmeador@cps.edu>
Cc: "Kimbrough, Sheronda" <skimbrough@cps.edu>, Haroon Arrasheed <harrasheed1@cps.edu>, Carolyn Rownd
<ctrownd@cps.edu>, David Blackmon <drblackmon@cps.edu>, Kye-Anne Wilborn <kwwilborn@cps.edu>, Letitia McGee
<ljmcgee2@cps.edu>, Lisa Washington <lknazze@cps.edu>, Nilda Duenas <nduenas@cps.edu>, "Sabatino, Nicole"
<nsabatino@cps.edu>, Susan L Heaney <SLHeaney@cps.edu>

I'll try to fix the drop down issue but please write in the school if necessary. Thanks.
[Quoted text hidden]

---

**Jacoby, Maneesha** <mdjacoby@cps.edu>                                  Fri, Jun 29, 2018 at 9:01 PM
To: Rashaan Meador <rkmeador@cps.edu>
Cc: "Kimbrough, Sheronda" <skimbrough@cps.edu>, Haroon Arrasheed <harrasheed1@cps.edu>, Carolyn Rownd
<ctrownd@cps.edu>, David Blackmon <drblackmon@cps.edu>, Kye-Anne Wilborn <kwwilborn@cps.edu>, Letitia McGee
<ljmcgee2@cps.edu>, Lisa Washington <lknazze@cps.edu>, Nilda Duenas <nduenas@cps.edu>, "Sabatino, Nicole"
<nsabatino@cps.edu>, Susan L Heaney <SLHeaney@cps.edu>

I fixed the dropdown in the Architecture template and I'll check all the others now.  Thanks.

**Maneesha Date Jacoby**
Chicago Public Schools
Office of College and Career Success
Phone: 773.553.2489

Let us know what you think! Please take a few minutes to tell us about your recent experience with our department. All
responses are confidential. https://www.surveymonkey.com/s/OCCSsurvey

[Quoted text hidden]

---



D6B


Chicago
Public
Schools

**Jourdan, Carolyn <ctrownd@cps.edu>**

---

## SY19 Budget
1 message

---

**Jourdan, Carolyn <ctrownd@cps.edu>**                                        Wed, Jul 4, 2018 at 8:49 AM
To: Haroon Arrasheed <harrasheed1@cps.edu>
Bcc: Rituparna Raichoudhuri <rraichoudhu@cps.edu>

Haroon,

I am following up on my to-do list.  Have you completed the FY19 budget for Maneesha?  Looking at the FY19 folder I dont see any numbers.

So I can take it off my list, please send either a link or a copy.

Thanks

Carolyn

## Carolyn Rownd Jourdan
Manager, CTE Program Coordination
Office of College & Career Success|
Chicago Public Schools | 42 W. Madison Avenue| Chicago, IL 60602
PH: 773-553-3198| FX: 773-553-3543 | Cell: 773-480-8916 | EM: ctrownd@cps.edu



 Chicago
Public
Schools

**Jourdan, Carolyn <ctrownd@cps.edu>**

# FY19 Budget Templates

4 messages

---

**Jacoby, Maneesha <mdjacoby@cps.edu>**　　　　　　　Fri, Jun 8, 2018 at 4:20 PM
To: Carolyn Jourdan <ctrownd@cps.edu>, David Blackmon <drblackmon@cps.edu>, Haroon Arrasheed
<harrasheed1@cps.edu>, Kye-Anne Wilborn <kwwilborn@cps.edu>, "Duenas, Nilda" <nduenas@cps.edu>, Rashaan
Meador <rkmeador@cps.edu>, "Kimbrough, Sheronda" <skimbrough@cps.edu>, "Heaney, Susan L" <SLHeaney@cps.edu>
Cc: Lisa Washington <lknazze@cps.edu>, Nicole Sabatino <nsabatino@cps.edu>

Hi all,

I finally shared the FY19 budget templates for your programs. I apologize for the delay. I know different members of the
team have different levels of familiarity with the template so I won't schedule an overall meeting to go over the template,
but please feel free to schedule time with me to go over it. The first tab includes overall program costs while the following
tab(s) include allocations by school. You really only need to fill in cells highlighted in yellow. Please complete these by
6/29 and let me know if you have any questions.

Thanks.

**Maneesha Date Jacoby**
Chicago Public Schools
Office of College and Career Success
Phone: 773.553.2489

Let us know what you think! Please take a few minutes to tell us about your recent experience with our department. All
responses are confidential. https://www.surveymonkey.com/s/OCCSsurvey

---

**Kye-Anne Wilborn <kwwilborn@cps.edu>**　　　　　　　Fri, Jun 8, 2018 at 4:42 PM
To: Maneesha Jacoby <mdjacoby@cps.edu>
Cc: Carolyn Rownd <CTRownd@cps.edu>, David Blackmon <drblackmon@cps.edu>, Haroon Arrasheed
<harrasheed1@cps.edu>, "Duenas, Nilda" <nduenas@cps.edu>, Rashaan Meador <rkmeador@cps.edu>, "Kimbrough,
Sheronda" <skimbrough@cps.edu>, "Heaney, Susan L" <SLHeaney@cps.edu>, Lisa Washington <lknazze@cps.edu>,
Nicole Sabatino <nsabatino@cps.edu>

Thanks Maneesha!

Enjoy your day,
Kye-Anne Wilborn
CTE Business | Finance | Pre-Engineering | BioMedical | Student Enterprise | BPA Chicago State Advisor
PLTW District Administrator

Sent from LG Android 4G
[Quoted text hidden]

---

**Duenas, Nilda <nduenas@cps.edu>**　　　　　　　Mon, Jun 11, 2018 at 4:21 PM
To: "Jacoby, Maneesha" <mdjacoby@cps.edu>
Cc: Carolyn Rownd <CTRownd@cps.edu>

Hi Maneesha,

Are you available to meet Thursday?

Best,
[Quoted text hidden]
--
*Nilda Duenas*, MBA

Sr. Program Coordinator,
Law & Public Safety | CPFTA | Education & Training
Office of College & Career Success | Career & Technical Education (CTE)
Chicago Public Schools
42 West Madison Street,
Chicago, IL 60602
PH: 773-553-2485| FX: 773-553-1349 | Cell: 312-523-7562

---

**Maneesha Jacoby** <mdjacoby@cps.edu>                    Mon, Jun 11, 2018 at 7:07 PM
To: "Duenas, Nilda" <nduenas@cps.edu>
Cc: Carolyn Rownd <CTRownd@cps.edu>

Please check my calendar
[Quoted text hidden]



**Jourdan, Carolyn <ctrownd@cps.edu>**

# FY18 Data for FY19 CTE Grant Applications - Invitation to edit
3 messages

**Maneesha Jacoby (via Google Sheets)** <drive-shares-noreply@google.com>          Mon, Jun 18, 2018 at 11:13 AM
Reply-To: Maneesha Jacoby <mdjacoby@cps.edu>
To: ctrownd@cps.edu
Cc: atromito@cps.edu, jhhalli@cps.edu, mlramos7@cps.edu, mpstaroscik@cps.edu, rpatterson@cps.edu,
serudofsky@cps.edu

<div style="margin-left:2em">

mdjacoby@cps.edu has invited you to **edit** the following spreadsheet:

 FY18 Data for FY19 CTE Grant Applications

   Friendly reminder that I sent this a while back and asked for it to be completed by
tomorrow, 6/20. Let me know if you have any questions. Thanks.

[ Open in Sheets ]

Google Sheets: Create and edit spreadsheets online.

Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA

You have received this email because someone shared a spreadsheet with you from Google
Sheets.



</div>

**Maneesha Jacoby (via Google Sheets)** <drive-shares-noreply@google.com>          Mon, Jun 18, 2018 at 11:13 AM
Reply-To: Maneesha Jacoby <mdjacoby@cps.edu>
To: ctrownd@cps.edu
Cc: atromito@cps.edu, jhhalli@cps.edu, mlramos7@cps.edu, mpstaroscik@cps.edu, rpatterson@cps.edu,
serudofsky@cps.edu



mdjacoby@cps.edu has invited you to **edit** the following spreadsheet:

  FY18 Data for FY19 CTE Grant Applications

I guess tomorrow is the 19th...anyway, please complete ASAP. Thanks.

Open in Sheets

Google Sheets: Create and edit spreadsheets online.

Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA

You have received this email because someone shared a spreadsheet with you from Google

Sheets.



---

**Jacoby, Maneesha** <mdjacoby@cps.edu>                              Mon, Jun 18, 2018 at 12:48 PM
To: Amy Romito <atromito@cps.edu>, Carolyn Jourdan <ctrownd@cps.edu>, Joe Halli <jhhalli@cps.edu>, Maricar Ramos
<mlramos7@cps.edu>, Mitchell Staroscik <mpstaroscik@cps.edu>, "Patterson, Rhonda" <rpatterson@cps.edu>, "Rudofsky,
Sarah" <serudofsky@cps.edu>

Sorry - last email about this today.  When I shared this initially, I did ask for it by EOD 6/20, not tomorrow.

**Maneesha Date Jacoby**
Chicago Public Schools
Office of College and Career Success
Phone: 773.553.2489

Let us know what you think! Please take a few minutes to tell us about your recent experience with our department. All
responses are confidential. https://www.surveymonkey.com/s/OCCSsurvey
[Quoted text hidden]

--
Maricar L. Ramos
Senior Manager, Workforce and Partnership Development
773-553-5079
Office of College and Career Success
Early College and Career Education
Chicago Public Schools
mlramos7@cps.edu



Jourdan, Carolyn <ctrownd@cps.edu>

---

## Capstone

4 messages

---

**Jourdan, Carolyn** <ctrownd@cps.edu>                    Tue, Apr 10, 2018 at 4:40 PM
To: Haroon Arrasheed <harrasheed1@edu.edu>, Allison Parker <aaparker3@cps.edu>

Howdy Haroon,

Allie was asking me about the IT capstone. Can you give her the update?

Thanks

# Carolyn Rownd Jourdan
Manager, CTE Program Coordination
Office of College & Career Success|
Chicago Public Schools | 42 W. Madison Avenue| Chicago, IL 60602
PH: 773-553-3198| FX: 773-553-3543 | Cell: 773-480-8916 | EM: ctrownd@cps.edu

---

**Haroon Arrasheed** <harrasheed1@cps.edu>                    Tue, Apr 10, 2018 at 5:40 PM
To: Carolyn Jourdan <ctrownd@cps.edu>
Cc: Allison Parker <aaparker3@cps.edu>

Hello Carolyn,

Thanks for your message, I'll update her soon.

Thanks,

Haroon

Please excuse any typos, this email was sent from my mobile device.
[Quoted text hidden]

---

**Jourdan, Carolyn** <ctrownd@cps.edu>                    Tue, Apr 10, 2018 at 7:10 PM
To: Haroon Arrasheed <harrasheed1@cps.edu>

add me when you do....C

# Carolyn Rownd Jourdan
Manager, CTE Program Coordination
Office of College & Career Success|
Chicago Public Schools | 42 W. Madison Avenue| Chicago, IL 60602
PH: 773-553-3198| FX: 773-553-3543 | Cell: 773-480-8916 | EM: ctrownd@cps.edu

[Quoted text hidden]

---

**Haroon Arrasheed** <harrasheed1@cps.edu>                    Tue, Apr 10, 2018 at 8:20 PM
To: Carolyn Jourdan <ctrownd@cps.edu>

 Chicago
Public
Schools

**Jourdan, Carolyn <ctrownd@cps.edu>**

## Capstone Idea
3 messages

**Haroon Arrasheed <harrasheed1@cps.edu>**                    Wed, Apr 11, 2018 at 11:26 AM
To: Carolyn Jourdan <ctrownd@cps.edu>

Hello Carolyn,

Unfortunately, without having a Project Manager this year for Capstone, I didn't have much bandwidth for planning, execution, etc. The Capstone was hosted at Motorola last year. Unfortunately, they haven't been as responsive for this year's event.

My thought for an alternative is to have a virtual Capstone. Students will still have to create projects, present them, have a great pitch, follow a rubric, etc. However, instead of presenting in person at a venue, they will record their presentations, and upload them to a shared folder. A panel of judges will then view presentation and select winners. The winners presentations will be uploaded to a YouTube channel.

A Virtual Capstone can have many benefits. More students will be able to participate. They won't lose a full day of instruction. We (CTE) will have an archive of student work to present to partners, marketing purposes at High School Fairs,. CTE Month, etc. Also, schools will be able to use those videos for recruitment purposes as well.

What do you think?

Thank you,

Haroon


Haroon

Please excuse any typos, this email was sent from my mobile device.

Show quoted text

---

**Jourdan, Carolyn <ctrownd@cps.edu>**                    Wed, Apr 11, 2018 at 12:04 PM
To: Haroon Arrasheed <harrasheed1@cps.edu>

Let me think about it for a bit but I don't think this is going to fly with Rita and above.

I am very concerned that it took so long for you to share this. We could have problem-solved and found you some support.

Please find a time for us to meet before Monday if possible.

Carolyn


## Carolyn Rownd Jourdan
Manager, CTE Program Coordination
Office of College & Career Success|
Chicago Public Schools | 42 W. Madison Avenue| Chicago, IL 60602
PH: 773-553-3198| FX: 773-553-3543 | Cell: 773-480-8916 | EM: ctrownd@cps.edu
[Quoted text hidden]



 Chicago Public Schools          **Jourdan, Carolyn <ctrownd@cps.edu>**

## Request from CTU, please share with PCs

17 messages

---

**Romito, Amy <atromito@cps.edu>**      Tue, May 29, 2018 at 9:49 AM
To: Carolyn Jourdan <ctrownd@cps.edu>
Cc: Rituparna Raichoudhuri <rraichoudhu@cps.edu>

Good Morning Carolyn,

I hope this email finds you well. Below, I have outlined the most recent request from the CTU?CTE joint meeting.

- Please assist the CTU in gathering additional CTE teachers to register for OSHA training. Encourage PCs to identify a few strong teacher candidates that they would recommend for the training. Ask the PCs to reach out and share the upcoming information with the teachers. Have them copy both of us on the communication.

**OSHA Training**
July 16-20 and August 13-17
8:30am to 4:30pm
Chicago Teachers Union, 1901 W. Carroll Ave, Chicago, IL 60612

I have attached the handout. Please let me know if you have any questions.

Best,

--
Amy Romito, EFE 010
CTE EFE Systems Manager
Office of College and Career Success|Early College and Career Education Department
Chicago Public Schools
42 West Madison Street
Chicago, IL 60602
773-553-2480

*Let us know you think! Please take a few minutes to tell us about your recent experience with our department. All responses are confidential.* https://www.surveymonkey.com/s/OCCSsurvey

 **20180529093922162.pdf**
98K

---

**Jourdan, Carolyn <ctrownd@cps.edu>**      Wed, May 30, 2018 at 10:33 AM
To: Blackmon <drblackmon@cps.edu>, Carolyn T Rownd <CTRownd@cps.edu>, Haroon Arrasheed
<harrasheed1@cps.edu>, Kye-Anne Wilborn <kwwilborn@cps.edu>, Nilda Duenas <nduenas@cps.edu>, Rashaan Meador
<rkmeador@cps.edu>, Sheronda Kimbrough <skimbrough@cps.edu>, Susan Heaney <slheaney@cps.edu>

Please read Amy's email below.

Carolyn

## Carolyn Rownd Jourdan
Manager, CTE Program Coordination
Office of College & Career Success|
Chicago Public Schools | 42 W. Madison Avenue| Chicago, IL 60602
PH: 773-553-3198| FX: 773-553-3543 | Cell: 773-480-8916 | EM: ctrownd@cps.edu



[Quoted text hidden]

 **20180529093922162.pdf**
98K

---

**Kimbrough, Sheronda** <skimbrough@cps.edu>                          Thu, May 31, 2018 at 11:44 AM
To: Adell Gaines <abgaines@cps.edu>, Anna Walton <awalton21@cps.edu>, Danyiel Selvie <DSelvie@cps.edu>, Glea
Worthy <giworthy@cps.edu>, Lisa Givhan <lagivhan@cps.edu>, Marla Jackson <mjackson150@cps.edu>, Venetta Carter
<vjcarter@cps.edu>, Vernon Hammons <vhammons@cps.edu>, Yvette Hooker <YRHooker@cps.edu>, "Barnettevins,
Frances A" <FABarnettevins@cps.edu>, De'Meica Mathews <DAMatthews1@cps.edu>, Felix Egharevba
<foegharevba@cps.edu>, "Fields, Patricia" <pdfields@cps.edu>, "Heckinger, Elizabeth" <eheckinger@cps.edu>, Judy
Granger <jagranger@cps.edu>, Marva McKinley <mlmckinley@cps.edu>, Nana Bonsu <nabonsu@cps.edu>, pclark6
<pclark6@cps.edu>, Shaista Saiyed <ssaiyed@cps.edu>, Tammishia Little <tlittle8@cps.edu>, Tanya Zaks
<tzaks@cps.edu>, Tyler Tincknell <tgtincknell@cps.edu>
Cc: "Jourdan, Carolyn" <ctrownd@cps.edu>, "Romito, Amy" <atromito@cps.edu>

Good morning team!  Please see the email below.

Best,

---------- Forwarded message ----------
From: **Jourdan, Carolyn** <ctrownd@cps.edu>
Date: Wed, May 30, 2018 at 10:33 AM
Subject: Fwd: Request from CTU, please share with PCs
To: Blackmon <drblackmon@cps.edu>, Carolyn T Rownd <CTRownd@cps.edu>, Haroon Arrasheed
<harrasheed1@cps.edu>, Kye-Anne Wilborn <kwwilborn@cps.edu>, Nilda Duenas
<nduenas@cps.edu>, Rashaan Meador <rkmeador@cps.edu>, Sheronda Kimbrough
<skimbrough@cps.edu>, Susan Heaney <slheaney@cps.edu>

[Quoted text hidden]
[Quoted text hidden]
--

*Sheronda*

## Sheronda L. Kimbrough, M.Ed, C.M.A.

Sr. Program Coordinator,
Health Sciences | Personal Care Services | Career and Technical Education (CTE)
Office of College and Career Success
**Chicago Public Schools**
42 West Madison Street, Chicago, Illinois 60602
Office: 773.553.4336
Fax: 773.553.1349

"Our greatest natural resource is the minds of our children." -- Walter Elias Disney

---

 **20180529093922162.pdf**
98K

---

**Saiyed, Shaista** <ssaiyed@cps.edu>                          Thu, May 31, 2018 at 12:30 PM
To: "Kimbrough, Sheronda" <skimbrough@cps.edu>, Amy Romito <atromito@cps.edu>, Carolyn Rownd <ctrownd@cps.edu>

Good Afternoon,

Would this training be via Great Lakes Center? If so, I have completed and am an authorized OSHA 10 Hr. General
Industry Instructor.

Thank you for sharing this opportunity.

*D&C* (handwritten)

Best,

Shaista Saiyed
CTE Allied Health Teacher
HOSA club Advisor
Sullivan High School
6631 N Bosworth Ave
Chicago, IL 60626
(773) 534 2000
ssaiyed@cps.edu

[Quoted text hidden]

---

**Kimbrough, Sheronda** <skimbrough@cps.edu>                    Thu, May 31, 2018 at 2:58 PM
To: "Saiyed, Shaista" <ssaiyed@cps.edu>
Cc: Amy Romito <atromito@cps.edu>, Carolyn Rownd <ctrownd@cps.edu>

Hi Shaista, yes it is.  It sounds like CTU is trying to ramp up teacher participation.
[Quoted text hidden]

---

**Saiyed, Shaista** <ssaiyed@cps.edu>                    Thu, May 31, 2018 at 3:07 PM
To: "Kimbrough, Sheronda" <skimbrough@cps.edu>
Cc: Amy Romito <atromito@cps.edu>, Carolyn Rownd <ctrownd@cps.edu>

Thank you

Shaista Saiyed
CTE Allied Health Teacher
HOSA club Advisor
Sullivan High School
6631 N Bosworth Ave
Chicago, IL 60626
(773) 534 2000
ssaiyed@cps.edu

[Quoted text hidden]

---

**Jourdan, Carolyn** <ctrownd@cps.edu>                    Wed, Jun 20, 2018 at 2:39 PM
To: Blackmon <drblackmon@cps.edu>, Carolyn T Rownd <CTRownd@cps.edu>, Haroon Arrasheed
<harrasheed1@cps.edu>, Kye-Anne Wilborn <kwwilborn@cps.edu>, Nilda Duenas <nduenas@cps.edu>, Rashaan Meador
<rkmeador@cps.edu>, Sheronda Kimbrough <skimbrough@cps.edu>, Susan Heaney <slheaney@cps.edu>

Good Afternoon PC Team,

I am circling back to the email below.

Amy needs to have documentation that this email was shared by each PC to their teachers.   Amy has to report out about
this metric tomorrow at the joint CTU CTE meeting.

Please share what documentation you have with both Amy and me.



Carolyn

## Carolyn Rownd Jourdan
Manager, CTE Program Coordination
Office of College & Career Success|
Chicago Public Schools | 42 W. Madison Avenue| Chicago, IL 60602
PH: 773-553-3198| FX: 773-553-3543 | Cell: 773-480-8916 | EM: ctrownd@cps.edu

--------- Forwarded message ---------
From: **Romito, Amy** <atromito@cps.edu>
Date: Tue, May 29, 2018 at 9:49 AM
Subject: Request from CTU, please share with PCs
To: Carolyn Jourdan <ctrownd@cps.edu>
Cc: Rituparna Raichoudhuri <rraichoudhu@cps.edu>

[Quoted text hidden]

 **20180529093922162.pdf**
98K

---

**Meador, Rashaan** <rkmeador@cps.edu>      Wed, Jun 20, 2018 at 3:07 PM
To: "Jourdan, Carolyn" <ctrownd@cps.edu>, "Romito, Amy" <atromito@cps.edu>
Cc: Blackmon <drblackmon@cps.edu>, Haroon Arrasheed <harrasheed1@cps.edu>, Kye-Anne Wilborn
<kwwilborn@cps.edu>, Nilda Duenas <nduenas@cps.edu>, Sheronda Kimbrough <skimbrough@cps.edu>, Susan Heaney
<slheaney@cps.edu>

I was on vacation when this was sent, so I missed it. I'm sending it out now, but I have a good number of teachers that
went through the training already from some of my clusters. You should communicate to Michael Brunson and Evan
Maniates about my situation and I'm sure they'll understand.

Thanks,
Rashaan

**Rashaan Meador**
Sr. Program Coordinator - Media Communication Arts, Architecture & Construction
Career and Technical Education (CTE)
Office of College and Career Success
Chicago Public Schools
42 West Madison Street, Chicago, IL 60602
Phone: 773.553.2474

*Let us know what you think! Please* **CLICK HERE** *and take a few minutes to tell us about your recent experience
with our department. All responses are confidential.*
[Quoted text hidden]

---

**Romito, Amy** <atromito@cps.edu>      Wed, Jun 20, 2018 at 3:23 PM
To: "Meador, Rashaan" <rkmeador@cps.edu>
Cc: "Jourdan, Carolyn" <ctrownd@cps.edu>, Blackmon <drblackmon@cps.edu>, Haroon Arrasheed
<harrasheed1@cps.edu>, Kye-Anne Wilborn <kwwilborn@cps.edu>, Nilda Duenas <nduenas@cps.edu>, Sheronda
Kimbrough <skimbrough@cps.edu>, Susan Heaney <slheaney@cps.edu>

Thank you Rashaan. I appreciate the information and you completing the ask.

Best,
[Quoted text hidden]

---

D6C

**Romito, Amy** <atromito@cps.edu>
To: Carolyn Jourdan <ctrownd@cps.edu>

Thu, Jun 28, 2018 at 7:36 AM

Good Morning,

Could I please have clarification if David and Haroon sent out this request to their teachers? The CTU sent an email to Sarah and I about assisting with teacher sign up and I want to make sure that this requested was completed as requested. In my original ask, I did want to be copied on their communication to teachers.

Thanks!
[Quoted text hidden]

---

**Jourdan, Carolyn** <ctrownd@cps.edu>
To: Blackmon <drblackmon@cps.edu>, Haroon Arrasheed <harrasheed1@cps.edu>
Cc: Amy Romito <atromito@cps.edu>

Thu, Jun 28, 2018 at 7:47 AM

So that we can report out to the CTU, please confirm (via email) that you have sent this information to the teachers in your clusters.

Thanks,

Carolyn

## Carolyn Rownd Jourdan
Manager, CTE Program Coordination
Office of College & Career Success|
Chicago Public Schools | 42 W. Madison Avenue | Chicago, IL 60602
PH: 773-553-3198| FX: 773-553-3543 | Cell: 773-480-8916 | EM: ctrownd@cps.edu

---------- Forwarded message ----------
From: **Romito, Amy** <atromito@cps.edu>
Date: Tue, May 29, 2018 at 9:49 AM
Subject: Request from CTU, please share with PCs
To: Carolyn Jourdan <ctrownd@cps.edu>
Cc: Rituparna Raichoudhuri <rraichoudhu@cps.edu>


[Quoted text hidden]

---

📄 **20180529093922162.pdf**
98K

---

**David Blackmon** <drblackmon@cps.edu>
To: Carolyn Rownd <ctrownd@cps.edu>
Cc: Haroon Arrasheed <harrasheed1@cps.edu>, "Romito, Amy" <atromito@cps.edu>

Thu, Jun 28, 2018 at 8:14 AM

Yes, I did.
[Quoted text hidden]

---

**Jourdan, Carolyn** <ctrownd@cps.edu>
To: David Blackmon <drblackmon@cps.edu>

Thu, Jun 28, 2018 at 10:08 AM

Thanks David.

## Carolyn Rownd Jourdan
Manager, CTE Program Coordination

D6C

Office of College & Career Success|
Chicago Public Schools | 42 W. Madison Avenue| Chicago, IL 60602
PH: 773-553-3198| FX: 773-553-3543 | Cell: 773-480-8916 | EM: ctrownd@cps.edu

[Quoted text hidden]

---

**Amy Romito** <atromito@cps.edu>               Thu, Jun 28, 2018 at 10:36 AM
To: David Blackmon <drblackmon@cps.edu>
Cc: Carolyn Rownd <ctrownd@cps.edu>, Haroon Arrasheed <harrasheed1@cps.edu>

Thank you David. Could you please forward the email communication?

I appreciate it as the CTU is following up on this request to make sure it was completed as requested.

Best,
[Quoted text hidden]

---

**Arrasheed, Haroon** <harrasheed1@cps.edu>        Thu, Jun 28, 2018 at 4:47 PM
To: "Jourdan, Carolyn" <ctrownd@cps.edu>
Cc: Blackmon <drblackmon@cps.edu>, Amy Romito <atromito@cps.edu>

Hello Carolyn,

I sent it as well...

Thanks,

Haroon

# Haroon Arrasheed, MIS, MBA

Senior Program Coordinator | Information Technology
Office of College & Career Success | Career & Technical Education (CTE)
Chicago Public Schools | 42 W. Madison Avenue| Chicago, IL 60602
Phone: 773-553-2303
Fax: 773-553-1349
[Quoted text hidden]

---

**Romito, Amy** <atromito@cps.edu>              Thu, Jun 28, 2018 at 5:07 PM
To: "Arrasheed, Haroon" <harrasheed1@cps.edu>
Cc: Blackmon <drblackmon@cps.edu>, "Jourdan, Carolyn" <ctrownd@cps.edu>

Thanks Haroon, would you mind forwarding the email for confirmation?

I appreciate it.

Best,
[Quoted text hidden]

---

**Amy Romito** <atromito@cps.edu>            Mon, Jul 2, 2018 at 12:37 PM
To: "Arrasheed, Haroon" <harrasheed1@cps.edu>
Cc: "Jourdan, Carolyn" <ctrownd@cps.edu>

Haroon,

Please send verification that this request was sent to the CTE IT teachers. This is now my 3rd request.

Thank you,
[Quoted text hidden]



*Document 6D*

**Jourdan, Carolyn <ctrownd@cps.edu>**

# IMPORTANT: Document Collection for Technical Assistance Visit

20 messages

**Romito, Amy <atromito@cps.edu>**      Thu, May 17, 2018 at 4:18 PM
To: "Rudofsky, Sarah" <serudofsky@cps.edu>, Carolyn Jourdan <ctrownd@cps.edu>, Rhonda Patterson
<rpatterson@cps.edu>, Mitchell Staroscik <mpstaroscik@cps.edu>, Rituparna Raichoudhuri <rraichoudhu@cps.edu>,
Joseph Halli <jhhalli@cps.edu>, Maneesha Jacoby <mdjacoby@cps.edu>, "Ramos, Maricar" <mlramos7@cps.edu>, Allison
Parker <aaparker3@cps.edu>

Good Afternoon,

At the last Cook/Lake County System Directors meeting I attended, it was brought to my attention that we are scheduled
for a Technical Assistance Visit (TAV) with our ISBE consultant this school year. I am still waiting to hear back for
proposed dates but there is no harm in getting a jump on the required paperwork. I have listed the materials requested
below under your name. Keep in mind, more information could be requested and I might have to reach out for additional
information.

Everyone has been provided a folder, please drop this information as outlined below. As of right now, I am requesting this
information be submitted by June 15, 2018. There is a strong chance that this date will move up (once ISBE confirms our
visit date(s)).



📊 **Technical Assistance Visit (TAV) 2018**

Sarah:

- Listing of all professional development offered to CTE teachers from CISU
- Flyers, agendas, sign in sheets of all professional development for CTE teachers
- Listing of all coaching visits
- Updated program guide (Karen)
- Listing of any curriculum updates
- Outline the curriculum review process
- Curriculum revision schedule and meetings/agendas/sign in sheets
- NOCTI/Precision communication and testing results

Carolyn:

- Industry Council Meetings, agendas/sign in sheets
- Listing of all professional development offered to CTE teachers from PCs
- Flyers, agendas, sign in sheets of all professional development for CTE teachers
- Cluster Meeting Agendas/sign in sheets
- CTSO communication from PCs

Rhonda:

- AC Meeting agendas/sign in sheets
- School specific CTE meetings (department meetings) agendas/sign in sheets

Joe:

- List of all current articulation agreements
- List of all DC/DE CTE courses

Mitch:

- New program application and review process
- Current Data Collection systems used to inform practices

- Listing of all Listening and Learning Tour meeting dates
- Agendas from Listening and Learning Tours



Maricar

- Listing of all Work based learning events
- Agendas, flyers, sign in sheets of all Work based learning events

Please let me know if anyone has questions or would like me to discuss with their team. I know this is a heavy lift and I appreciate everyone's support.

Best,
--
Amy Romito, EFE 010
CTE EFE Systems Manager
Office of College and Career Success|Early College and Career Education Department
Chicago Public Schools
42 West Madison Street
Chicago, IL 60602
773-553-2480

*Let us know you think! Please take a few minutes to tell us about your recent experience with our department. All responses are confidential.* https://www.surveymonkey.com/s/OCCSsurvey

---

**Romito, Amy** <atromito@cps.edu>                  Sat, Jun 9, 2018 at 11:12 AM
To: "Rudofsky, Sarah" <serudofsky@cps.edu>, Carolyn Jourdan <ctrownd@cps.edu>, Rhonda Patterson
<rpatterson@cps.edu>, Mitchell Staroscik <mpstaroscik@cps.edu>, Rituparna Raichoudhuri <rraichoudhu@cps.edu>,
Joseph Halli <jhhalli@cps.edu>, Maneesha Jacoby <mdjacoby@cps.edu>, "Ramos, Maricar" <mlramos7@cps.edu>, Allison
Parker <aaparker3@cps.edu>

Good Morning,

Please make sure that the requested documentation is uploaded to the assigned folders by Friday, June 15, 2018. If you
have any questions, please let me know.

Best,
[Quoted text hidden]

---

**Romito, Amy** <atromito@cps.edu>                 Fri, Jun 22, 2018 at 7:47 AM
To: "Rudofsky, Sarah" <serudofsky@cps.edu>, Carolyn Jourdan <ctrownd@cps.edu>, Rhonda Patterson
<rpatterson@cps.edu>, Mitchell Staroscik <mpstaroscik@cps.edu>, Rituparna Raichoudhuri <rraichoudhu@cps.edu>,
Joseph Halli <jhhalli@cps.edu>, Maneesha Jacoby <mdjacoby@cps.edu>, "Ramos, Maricar" <mlramos7@cps.edu>, Allison
Parker <aaparker3@cps.edu>

Good Morning,

Thank you all for your heavy lift and uploading the requested documentation. The TAV has been scheduled for July 2-3,
2018. I will be working next week to review all provided documentation and ISBE requests (received an updated request
late afternoon yesterday).

Note: there is a possibility I will be required to reach out for additional information and ask that you prioritize my requests
until the visit has concluded. If you have questions/concerns, please let me know.

Best,
[Quoted text hidden]

---

**Romito, Amy** <atromito@cps.edu>               Mon, Jun 25, 2018 at 9:07 PM
To: Carolyn Jourdan <ctrownd@cps.edu>
Cc: Rituparna Raichoudhuri <rraichoudhu@cps.edu>

Good Evening Carolyn,

The following Program Coordinators have not provided any requested documentation Haroon Arrasheed, David Blackmon, and Rashaan Meador.  I have listed the requested information and the original ask below.  This was due June 15, 2018.

D6D

- Industry Council Meetings, agendas/sign in sheets
- Listing of all professional development offered to CTE teachers from PCs
- Flyers, agendas, sign-in sheets of all professional development for CTE teachers
- Cluster Meeting Agendas/sign in sheets
- CTSO communication from PCs

Thank you for your assistance in getting these needed materials/documentation.

Best,


Original Email sent May 17, 2018.

[Quoted text hidden]
[Quoted text hidden]

[Quoted text hidden]

---

**Romito, Amy** <atromito@cps.edu>          Mon, Jun 25, 2018 at 9:12 PM
To: "Rudofsky, Sarah" <serudofsky@cps.edu>, Carolyn Jourdan <ctrownd@cps.edu>, Rhonda Patterson <rpatterson@cps.edu>, Mitchell Staroscik <mpstaroscik@cps.edu>, Rituparna Raichoudhuri <rraichoudhu@cps.edu>, Joseph Halli <jhhalli@cps.edu>, Maneesha Jacoby <mdjacoby@cps.edu>, "Ramos, Maricar" <mlramos7@cps.edu>, Allison Parker <aaparker3@cps.edu>

Good Evening,

The TAV has been scheduled for July 2 and 3.  Thank you for prioritizing this request and providing the requested materials/documentation!

If you have an empty folder, please uploaded the requested materials asap!  I appreciate your assistance.

Let me know if you have questions!

Best,
[Quoted text hidden]

---

**Raichoudhuri, Rituparna** <rraichoudhu@cps.edu>          Mon, Jun 25, 2018 at 9:14 PM
To: Amy Romito <atromito@cps.edu>
Cc: Carolyn Jourdan <ctrownd@cps.edu>

Carolyn, please ensure that this gets taken care of tomorrow.
[Quoted text hidden]

---

**Jourdan, Carolyn** <ctrownd@cps.edu>          Mon, Jun 25, 2018 at 9:51 PM
To: "Romito, Amy" <atromito@cps.edu>
Cc: Rituparna Raichoudhuri <rraichoudhu@cps.edu>

Thank you for letting me know that they have failed to get this information into the file.  A reminder went out to all PCs about the request on June 12 and we discussed it at our team meeting on June 11th.

I will follow up with the everyone tomorrow.

Carolyn

D4D

## Carolyn Rownd Jourdan
Manager, CTE Program Coordination
Office of College & Career Success|
Chicago Public Schools | 42 W. Madison Avenue| Chicago, IL 60602
PH: 773-553-3198| FX: 773-553-3543 | Cell: 773-480-8916 | EM: ctrownd@cps.edu
[Quoted text hidden]

---

**Amy Romito** <atromito@cps.edu>                               Mon, Jun 25, 2018 at 9:58 PM
To: "Jourdan, Carolyn" <ctrownd@cps.edu>
Cc: Rituparna Raichoudhuri <rraichoudhu@cps.edu>

My mistake, Sheronda Kimbrough also did not provide any of the requested information.

Thank you for your assistance!

Best,
[Quoted text hidden]

---

**Romito, Amy** <atromito@cps.edu>                               Tue, Jun 26, 2018 at 7:35 AM
To: "Rudofsky, Sarah" <serudofsky@cps.edu>, Carolyn Jourdan <ctrownd@cps.edu>, Rhonda Patterson
<rpatterson@cps.edu>, Mitchell Staroscik <mpstaroscik@cps.edu>, Rituparna Raichoudhuri <rraichoudhu@cps.edu>,
Joseph Halli <jhhalli@cps.edu>, Maneesha Jacoby <mdjacoby@cps.edu>, "Ramos, Maricar" <mlramos7@cps.edu>, Allison
Parker <aaparker3@cps.edu>

Good Morning,

If anyone has access to the following documents, I would appreciate those being shared with me for the TAV collection
that I have to turn over to our ISBE consultant Friday, June 29, 2018.  Also, feel free to point me in the direction of where
they are located.

- ECCE Org Chart FY18
- OCCS Top Level Org Chart FY18

Thank you!
[Quoted text hidden]

---

**Jourdan, Carolyn** <ctrownd@cps.edu>                          Tue, Jun 26, 2018 at 8:33 AM
To: Rashaan Meador <rkmeador@cps.edu>
Cc: Amy Romito <atromito@cps.edu>

Rashaan,

You have not uploaded the information need for the TVA visit. (The due date for this information was 6/15/18.)  It is
important for this information to be placed in the TAV google folder by the end of business today.

If this is a problem you need to let me or Amy know ASAP.

Carolyn

## Carolyn Rownd Jourdan
Manager, CTE Program Coordination
Office of College & Career Success|
Chicago Public Schools | 42 W. Madison Avenue| Chicago, IL 60602
PH: 773-553-3198| FX: 773-553-3543 | Cell: 773-480-8916 | EM: ctrownd@cps.edu

[Quoted text hidden]

---

**Jourdan, Carolyn** <ctrownd@cps.edu>       Tue, Jun 26, 2018 at 8:34 AM
To: Sheronda Kimbrough <skimbrough@cps.edu>
Cc: Amy Romito <atromito@cps.edu>

DbD

Sheronda,

You have not uploaded the information need for the TVA visit. (The due date for this information was 6/15/18.) It is important for this information to be placed in the TAV google folder by the end of business today.

If this is a problem you need to let me or Amy know ASAP.

Carolyn


**Carolyn Rownd Jourdan**
Manager, CTE Program Coordination
Office of College & Career Success|
Chicago Public Schools | 42 W. Madison Avenue| Chicago, IL 60602
PH: 773-553-3198| FX: 773-553-3543 | Cell: 773-480-8916 | EM: ctrownd@cps.edu

--------- Forwarded message ----------
From: **Romito, Amy** <atromito@cps.edu>
Date: Thu, May 17, 2018 at 4:18 PM
Subject: IMPORTANT: Document Collection for Technical Assistance Visit
To: "Rudofsky, Sarah" <serudofsky@cps.edu>, Carolyn Jourdan <ctrownd@cps.edu>, Rhonda Patterson
<rpatterson@cps.edu>, Mitchell Staroscik <mpstaroscik@cps.edu>, Rituparna Raichoudhuri <rraichoudhu@cps.edu>,
Joseph Halli <jhhalli@cps.edu>, Maneesha Jacoby <mdjacoby@cps.edu>, "Ramos, Maricar" <mlramos7@cps.edu>,
Allison Parker <aaparker3@cps.edu>


[Quoted text hidden]


**Jourdan, Carolyn** <ctrownd@cps.edu>       Tue, Jun 26, 2018 at 8:36 AM
To: Blackmon <drblackmon@cps.edu>
Cc: Amy Romito <atromito@cps.edu>

David,

You have not uploaded the information need for the TVA visit. (The due date for this information was 6/15/18.) It is important for this information to be placed in the TAV google folder by the end of business today.

If this is a problem you need to let me or Amy know ASAP.

Carolyn


**Carolyn Rownd Jourdan**
Manager, CTE Program Coordination
Office of College & Career Success|
Chicago Public Schools | 42 W. Madison Avenue| Chicago, IL 60602
PH: 773-553-3198| FX: 773-553-3543 | Cell: 773-480-8916 | EM: ctrownd@cps.edu

--------- Forwarded message ----------
From: **Romito, Amy** <atromito@cps.edu>
Date: Thu, May 17, 2018 at 4:18 PM
Subject: IMPORTANT: Document Collection for Technical Assistance Visit
To: "Rudofsky, Sarah" <serudofsky@cps.edu>, Carolyn Jourdan <ctrownd@cps.edu>, Rhonda Patterson
<rpatterson@cps.edu>, Mitchell Staroscik <mpstaroscik@cps.edu>, Rituparna Raichoudhuri <rraichoudhu@cps.edu>,
Joseph Halli <jhhalli@cps.edu>, Maneesha Jacoby <mdjacoby@cps.edu>, "Ramos, Maricar" <mlramos7@cps.edu>,

Allison Parker <aaparker3@cps.edu>

DLD

[Quoted text hidden]

---

**Jourdan, Carolyn** <ctrownd@cps.edu>                    Tue, Jun 26, 2018 at 8:36 AM
To: Haroon Arrasheed <harrasheed1@cps.edu>

Haroon,

You have not uploaded the information need for the TVA visit. (The due date for this information was 6/15/18.) It is important for this information to be placed in the TAV google folder by the end of business today.

If this is a problem, you need to let me or Amy know ASAP.

Carolyn


## Carolyn Rownd Jourdan

Manager, CTE Program Coordination
Office of College & Career Success|
Chicago Public Schools | 42 W. Madison Avenue| Chicago, IL 60602
PH: 773-553-3198| FX: 773-553-3543 | Cell: 773-480-8916 | EM: ctrownd@cps.edu

---------- Forwarded message ----------
From: **Romito, Amy** <atromito@cps.edu>
Date: Thu, May 17, 2018 at 4:18 PM
Subject: IMPORTANT: Document Collection for Technical Assistance Visit
To: "Rudofsky, Sarah" <serudofsky@cps.edu>, Carolyn Jourdan <ctrownd@cps.edu>, Rhonda Patterson <rpatterson@cps.edu>, Mitchell Staroscik <mpstaroscik@cps.edu>, Rituparna Raichoudhuri <rraichoudhu@cps.edu>, Joseph Halli <jhhalli@cps.edu>, Maneesha Jacoby <mdjacoby@cps.edu>, "Ramos, Maricar" <mlramos7@cps.edu>, Allison Parker <aaparker3@cps.edu>


[Quoted text hidden]

---

**Jacoby, Maneesha** <mdjacoby@cps.edu>                    Tue, Jun 26, 2018 at 9:02 AM
To: "Romito, Amy" <atromito@cps.edu>
Cc: "Rudofsky, Sarah" <serudofsky@cps.edu>, Carolyn Jourdan <ctrownd@cps.edu>, Rhonda Patterson <rpatterson@cps.edu>, Mitchell Staroscik <mpstaroscik@cps.edu>, Rituparna Raichoudhuri <rraichoudhu@cps.edu>, Joseph Halli <jhhalli@cps.edu>, "Ramos, Maricar" <mlramos7@cps.edu>, Allison Parker <aaparker3@cps.edu>

I have these. I'll send them shortly. Thanks.

**Maneesha Date Jacoby**
Chicago Public Schools
Office of College and Career Success
Phone: 773.553.2489

Let us know what you think! Please take a few minutes to tell us about your recent experience with our department. All responses are confidential. https://www.surveymonkey.com/s/OCCSsurvey

[Quoted text hidden]

---

**Meador, Rashaan** <rkmeador@cps.edu>                    Tue, Jun 26, 2018 at 9:23 AM
To: "Jourdan, Carolyn" <ctrownd@cps.edu>
Cc: Amy Romito <atromito@cps.edu>

Sorry I didn't know if this was a deadline or an ASAP thing. I'll drop what I have in here by Noon.

Thanks for the reminder,                                                    D&D
Rashaan

**Rashaan Meador**
Sr. Program Coordinator - Media Communication Arts, Architecture & Construction
Career and Technical Education (CTE)
Office of College and Career Success
Chicago Public Schools
42 West Madison Street, Chicago, IL 60602
Phone: 773.553.2474

*Let us know what you think! Please* **CLICK HERE** *and take a few minutes to tell us about your recent experience
with our department. All responses are confidential.*
[Quoted text hidden]

---

**Arrasheed, Haroon** <harrasheed1@cps.edu>                    Tue, Jun 26, 2018 at 10:11 AM
To: "Jourdan, Carolyn" <ctrownd@cps.edu>

Good Morning,

Working on this now. Thanks for the reminder.

Haroon

# Haroon Arrasheed, MIS, MBA
Senior Program Coordinator | Information Technology
Office of College & Career Success | Career & Technical Education (CTE)
Chicago Public Schools | 42 W. Madison Avenue| Chicago, IL 60602
Phone: 773-553-2303
Fax: 773-553-1349
[Quoted text hidden]

---

**Carolyn Rownd** <ctrownd@cps.edu>                    Tue, Jun 26, 2018 at 10:36 AM
To: "Meador, Rashaan" <rkmeador@cps.edu>
Cc: Amy Romito <atromito@cps.edu>

Thank you Rashaan

Sent from my iPhone
[Quoted text hidden]

---

**Blackmon, David** <drblackmon@cps.edu>                    Tue, Jun 26, 2018 at 1:39 PM
To: "Jourdan, Carolyn" <ctrownd@cps.edu>
Cc: Amy Romito <atromito@cps.edu>

Done...

**David R. Blackmon**
Sr. Program Coordinator,
Agriculture | Culinary Arts | Hospitality | Logistics | Manufacturing | Transportation
Career and Technical Education (CTE)
Office of College and Career Success
Chicago Public Schools
42 West Madison Street, Chicago, IL 60602
https://vimeo.com/ctechicago
Office: 773.553.2448

Fax: 773.553.1349

[Quoted text hidden]

*DwD*

---

**Jourdan, Carolyn** <ctrownd@cps.edu>        Tue, Jun 26, 2018 at 1:44 PM
To: "Blackmon, David" <drblackmon@cps.edu>

Thanks David

## Carolyn Rownd Jourdan
Manager, CTE Program Coordination
Office of College & Career Success|
Chicago Public Schools | 42 W. Madison Avenue| Chicago, IL 60602
PH: 773-553-3198| FX: 773-553-3543 | Cell: 773-480-8916 | EM: ctrownd@cps.edu

[Quoted text hidden]

---

**Amy Romito** <atromito@cps.edu>        Tue, Jun 26, 2018 at 6:14 PM
To: Allison Parker <aaparker3@cps.edu>, Carolyn Jourdan <ctrownd@cps.edu>, Joseph Halli <jhhalli@cps.edu>, Maneesha Jacoby <mdjacoby@cps.edu>, Mitchell Staroscik <mpstaroscik@cps.edu>, "Ramos, Maricar" <mlramos7@cps.edu>, Rhonda Patterson <rpatterson@cps.edu>, Rituparna Raichoudhuri <rraichoudhu@cps.edu>, "Rudofsky, Sarah" <serudofsky@cps.edu>

Thank you all for your assistance today and prioritizing my requests. I greatly appreciate your assistance as I work to complete my first TAV. I also hope that we can collectively schedule time to reflect on this process and moving forward.

I hope to wrap up any additional asks by tomorrow.

All of you are ROCKSTARS!

Enjoy your evening!
[Quoted text hidden]

**Arrasheed, Haroon**  000234465

**4/18/2018 - 7/24/2018, Selected**  **All Home**
**range of dates**

| Date | Pay Code | Amount | In | Out | Transfer | Shift | Daily | Period | Schedule |
|------|----------|--------|-----|-----|----------|-------|-------|--------|----------|
| Tue 4/17 | | | | | | | | | |
| Wed 4/18 | | | 8:24AM | 5:00PM | | 8.0 | 8.0 | 8.0 | 9:00AM-5:00PM |
| Thu 4/19 | | | 8:37AM | 5:00PM | | 8.0 | 8.0 | 16.0 | 9:00AM-5:00PM |
| Fri 4/20 | | | 8:40AM | 5:00PM | | 8.0 | 8.0 | 24.0 | 9:00AM-5:00PM |
| Sat 4/21 | | | | | | | | 24.0 | |
| Sun 4/22 | | | | | | | | 24.0 | |
| Mon 4/23 | | | 8:39AM | 5:00PM | | 8.0 | 8.0 | 32.0 | 9:00AM-5:00PM |
| Tue 4/24 | | | 7:32AM | 5:00PM | | 8.0 | 8.0 | 40.0 | 9:00AM-5:00PM |
| Wed 4/25 | | | 7:56AM | 5:00PM | | 8.0 | 8.0 | 48.0 | 9:00AM-5:00PM |
| Thu 4/26 | | | 7:44AM | 5:00PM | | 8.0 | 8.0 | 56.0 | 9:00AM-5:00PM |
| Fri 4/27 | | | 8:54AM | 5:00PM | | 8.0 | 8.0 | 64.0 | 9:00AM-5:00PM |
| Sat 4/28 | | | | | | | | 64.0 | |
| Sun 4/29 | | | | | | | | 64.0 | |
| Mon 4/30 | | | 8:56AM | 5:00PM | | 8.0 | 8.0 | 72.0 | 9:00AM-5:00PM |
| Tue 5/01 | | | 8:37AM | 5:00PM | | 8.0 | 8.0 | 80.0 | 9:00AM-5:00PM |
| Wed 5/02 | | | 8:37AM | 5:00PM | | 8.0 | 8.0 | 88.0 | 9:00AM-5:00PM |
| Thu 5/03 | | | 8:42AM | 5:00PM | | 8.0 | 8.0 | 96.0 | 9:00AM-5:00PM |
| Fri 5/04 | | | 9:00AM | 2:17PM | | 8.0 | 8.0 | 104.0 | 9:00AM-5:00PM |
| Sat 5/05 | | | | | | | | 104.0 | |
| Sun 5/06 | | | | | | | | 104.0 | |
| Mon 5/07 | SCK - Sick Hours Current | 8.0 | 9:00AM | | | | 8.0 | 112.0 | |
| Tue 5/08 | | | 8:40AM | 5:00PM | | 8.0 | 8.0 | 120.0 | 9:00AM-5:00PM |
| Wed 5/09 | | | 8:46AM | 5:00PM | | 8.0 | 8.0 | 128.0 | 9:00AM-5:00PM |

| Date | Pay Code | Amount | In | Out | Transfer | Shift | Daily | Period | Schedule |
|------|----------|--------|-----|-----|----------|-------|-------|--------|----------|
| Thu 5/10 | | | 8:47AM | 5:00PM | | 8.0 | 8.0 | 136.0 | 9:00AM-5:00PM |
| Fri 5/11 | | | 8:01AM | 5:00PM | | 8.0 | 8.0 | 144.0 | 9:00AM-5:00PM |
| Sat 5/12 | | | | | | | | 144.0 | |
| Sun 5/13 | | | | | | | | 144.0 | |
| Mon 5/14 | | | 8:56AM | 5:00PM | | 8.0 | 8.0 | 152.0 | 9:00AM-5:00PM |
| Tue 5/15 | | | 8:54AM | 5:00PM | | 8.0 | 8.0 | 160.0 | 9:00AM-5:00PM |
| Wed 5/16 | | | 8:59AM | 5:00PM | | 8.0 | 8.0 | 168.0 | 9:00AM-5:00PM |
| Thu 5/17 | | | 8:59AM | 5:00PM | | 8.0 | 8.0 | 176.0 | 9:00AM-5:00PM |
| Fri 5/18 | SCK - Sick Hours Current | 8.0 | 9:00AM | | | | 8.0 | 184.0 | |
| Sat 5/19 | | | | | | | | 184.0 | |
| Sun 5/20 | | | | | | | | 184.0 | |
| Mon 5/21 | | | 8:56AM | 5:00PM | | 8.0 | 8.0 | 192.0 | 9:00AM-5:00PM |
| Tue 5/22 | Solorio Meeting at 9Am | | 9:03AM | 5:00PM | | 8.0 | 8.0 | 200.0 | 9:00AM-5:00PM |
| Wed 5/23 | | | 8:57AM | 5:00PM | | 8.0 | 8.0 | 208.0 | 9:00AM-5:00PM |
| Thu 5/24 | REG - Regular Hours | 8.0 | 9:00AM | | | | 8.0 | 216.0 | |
| Fri 5/25 | REG - Regular Hours | 8.0 | 9:00AM | | | | 8.0 | 224.0 | |
| Sat 5/26 | | | | | | | | 224.0 | |
| Sun 5/27 | | | | | | | | 224.0 | |
| Mon 5/28 | Memorial Day | 8.0 | | | | | 8.0 | 232.0 | |
| | | | | | | | | | 9:00AM-5:00PM |
| Tue 5/29 | | | 8:57AM | 5:00PM | | 8.0 | 8.0 | 240.0 | 9:00AM-5:00PM |
| Wed 5/30 | | | 8:34AM | 5:00PM | | 8.0 | 8.0 | 248.0 | 9:00AM-5:00PM |
| Thu 5/31 | | | 8:23AM | 5:00PM | | 8.0 | 8.0 | 256.0 | 9:00AM-5:00PM |
| Fri 6/01 | | | 8:55AM | 5:00PM | | 8.0 | 8.0 | 264.0 | 9:00AM-5:00PM |
| Sat 6/02 | | | | | | | | 264.0 | |
| Sun 6/03 | | | | | | | | 264.0 | |

| Date | Pay Code | Amount | In | Out | Transfer | Shift | Daily | Period | Schedule |
|---|---|---|---|---|---|---|---|---|---|
| Mon 6/04 | | | 8:55AM | 5:00PM | | 8.0 | 8.0 | 272.0 | 9:00AM-5:00PM |
| Tue 6/05 | | | 9:00AM | ▮ 2:39PM | | 8.0 | 8.0 | 280.0 | 9:00AM-5:00PM |
| Wed 6/06 | | | 8:56AM | 5:00PM | | 8.0 | 8.0 | 288.0 | 9:00AM-5:00PM |
| Thu 6/07 | | | 8:56AM | 5:00PM | | 8.0 | 8.0 | 296.0 | 9:00AM-5:00PM |
| Fri 6/08 | *9:30 Meeting at CO* | | 9:07AM | 5:00PM | | 8.0 | 8.0 | 304.0 | 9:00AM-5:00PM |
| Sat 6/09 | | | | | | | | 304.0 | |
| Sun 6/10 | | | | | | | | 304.0 | |
| Mon 6/11 | *Nothing on Calendar* | | ▮ 9:15AM | 5:00PM | | 8.0 | 8.0 | 312.0 | 9:00AM-5:00PM |
| Tue 6/12 | | | 8:43AM | 5:00PM | | 8.0 | 8.0 | 320.0 | 9:00AM-5:00PM |
| Wed 6/13 | | | 8:56AM | 5:00PM | | 8.0 | 8.0 | 328.0 | 9:00AM-5:00PM |
| Thu 6/14 | | | 8:53AM | 5:00PM | | 8.0 | 8.0 | 336.0 | 9:00AM-5:00PM |
| Fri 6/15 | PBD - Personal Business Day | 8.0 | 9:00AM | | | | 8.0 | 344.0 | |
| Sat 6/16 | | | | | | | | 344.0 | |
| Sun 6/17 | | | | | | | | 344.0 | |
| Mon 6/18 | VAC - Vacation | 8.0 | 9:00AM | | | | 8.0 | 352.0 | |
| Tue 6/19 | VAC - Vacation | 8.0 | 9:00AM | | | | 8.0 | 360.0 | |
| Wed 6/20 | VAC - Vacation | 8.0 | 9:00AM | | | | 8.0 | 368.0 | |
| Thu 6/21 | VAC - Vacation | 8.0 | 9:00AM | | | | 8.0 | 376.0 | |
| Fri 6/22 | VAC - Vacation | 8.0 | 9:00AM | | | | 8.0 | 384.0 | |
| Sat 6/23 | | | | | | | | 384.0 | |
| Sun 6/24 | | | | | | | | 384.0 | |
| Mon 6/25 | | | 8:54AM | 5:00PM | | 8.0 | 8.0 | 392.0 | 9:00AM-5:00PM |
| Tue 6/26 | *Nothing on Calendar* | | ▮ 9:18AM | 5:00PM | | 8.0 | 8.0 | 400.0 | 9:00AM-5:00PM |
| Wed 6/27 | | | 8:55AM | 5:00PM | | 8.0 | 8.0 | 408.0 | 9:00AM-5:00PM |
| Thu 6/28 | | | 8:54AM | 5:00PM | | 8.0 | 8.0 | 416.0 | 9:00AM-5:00PM |
| ▮ Fri 6/29 | | | | | | | | | 9:00AM-5:00PM |

| Date | Pay Code | Amount | In | Out | Transfer | Shift | Daily | Period | Schedule |
|---|---|---|---|---|---|---|---|---|---|
| | PBD - Personal Business Day | 8.0 💬◇ | 9:00AM | | | | 8.0 | 424.0 | |
| Sat 6/30 | | | | | | | | 424.0 | |
| Sun 7/01 | | | | | | | | 424.0 | |
| Mon 7/02 | | | 9:14AM | 5:00PM | | 8.0 | 8.0 | 432.0 | 9:00AM-5:00PM |
| Tue 7/03 | | | 8:54AM | 5:00PM | | 8.0 | 8.0 | 440.0 | 9:00AM-5:00PM |
| ▦ Wed 7/04 | Independence Day | 8.0 | | | | | 8.0 | 448.0 | |
| | | | | | | | | | 9:00AM-5:00PM |
| Thu 7/05 | *Nothing on Calendar* | | 9:10AM | 5:00PM | | 8.0 | 8.0 | 456.0 | 9:00AM-5:00PM |
| Fri 7/06 | | | ▦ 10:03AM | 5:00PM | | 8.0 | 8.0 | 464.0 | 9:00AM-5:00PM |
| Sat 7/07 | | | | | | | | 464.0 | |
| Sun 7/08 | | | | | | | | 464.0 | |
| Mon 7/09 | | | 8:56AM | 5:00PM | | 8.0 | 8.0 | 472.0 | 9:00AM-5:00PM |
| Tue 7/10 | | | 8:55AM | 5:00PM | | 8.0 | 8.0 | 480.0 | 9:00AM-5:00PM |
| Wed 7/11 | | | 8:55AM | 5:00PM | | 8.0 | 8.0 | 488.0 | 9:00AM-5:00PM |
| Thu 7/12 | | | 8:56AM | 5:00PM | | 8.0 | 8.0 | 496.0 | 9:00AM-5:00PM |
| Fri 7/13 | | | 8:56AM | 5:00PM | | 8.0 | 8.0 | 504.0 | 9:00AM-5:00PM |
| Sat 7/14 | | | | | | | | 504.0 | |
| Sun 7/15 | | | | | | | | 504.0 | |
| Mon 7/16 | | | ▦ 10:59AM | 5:00PM | | 8.0 | 8.0 | 512.0 | 9:00AM-5:00PM |
| Tue 7/17 | | | 8:56AM | 5:00PM | | 8.0 | 8.0 | 520.0 | 9:00AM-5:00PM |
| Wed 7/18 | PBD - Personal Business Day | 8.0 | 9:00AM | | | | 8.0 | 528.0 | |
| Thu 7/19 | SCK - Sick Hours Current | 8.0 | 9:00AM | | | | 8.0 | 536.0 | |
| Fri 7/20 | SCK - Sick Hours Current | 8.0 | 9:00AM | | | | 8.0 | 544.0 | |
| Sat 7/21 | | | | | | | | 544.0 | |
| Sun 7/22 | | | | | | | | 544.0 | |
| Mon 7/23 | | | ▦ 9:59AM | 5:00PM | | 8.0 | 8.0 | 552.0 | 9:00AM-5:00PM |

| Date | Pay Code | Amount | In | Out | Transfer | Shift | Daily | Period | Schedule |
|------|----------|--------|-----|-----|----------|-------|-------|--------|----------|
| Tue 7/24 | Nothing on CO calendar | | 9:22AM | 5:00PM | | 8.0 | 8.0 | 560.0 | 9:00AM-5:00PM |
| Wed 7/25 | | | | | | | | | |

↳ PD @ CPS location? that began at 9?