

ER

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| __Haroon Arrasheed__ ) <br> Plaintiff ) <br>  ) <br> v. ) <br>  ) <br>  ) <br> Chicago Public Schools / The Board ) <br> Defendant ) | **Case Number**: 1:19-cv-07614 <br><br> **Judge:** Honorable Steven C. Seeger <br><br> **Magistrate Judge:** Honorable M. David Weisman |

## PLAINTIFF'S MOTION FOR MOTION FOR DISCOVERY EXTENSION

Plaintiff <u>Haroon Arrasheed</u> pro se, submits this Motion for a Discovery Extension. The Plaintiff made a document request on 01/31/2022. The document request is for a substantial amount of documents. The Plaintiff is requesting a 60 day extension

Date: 02/16/2022                                                             Respectfully Submitted,

                                                                                    /s/ Haroon Arrasheed


Name: Haroon Arrasheed
Address: 438 E. 144th Street, Dolton, IL. 60419
Phone Number: