

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| <u>Haroon Arrasheed</u> )<br>    Plaintiff ) <br> ) <br> v. ) <br> ) <br> ) <br> <u>CPS, The Chicago Board of</u><br><u> Education The Board.</u> ) <br>    Defendant ) | **Case Number**: 1:19-cv-07614 <br><br>**Judge:** Honorable Steven C. Seeger <br><br>**Magistrate Judge:** Honorable M. David Weisman |

## **PLAINTIFF'S MOTION FOR COMPELLING DEFENDANT TO PRODUCE DOCUMENTS FROM 1/31/2022 DOCUMENT REQUEST AND REQUEST FOR PERMISSION FOR SUBPOENAS TO BE SERVED.**

    Plaintiff Haroon Arrasheed pro se, submits this Motion for requesting His Honor to Compel the Defendant to produce documents from the Plaintiff's Document Request from 01/31/2022. The Plaintiff made the same request in the previous motion requesting an extension of the Discovery Deadline. The Plaintiff did not know that Subpoenas were apart of the Discovery deadline. The Plaintiff is requesting permission from His Honor to serve the Plaintiff's Subpoenas.

Date: 03/16/2022                                                            Respectfully Submitted,

                                                                                           /s/Haroon Arrasheed

Haroon Arrasheed
438 E. 144th St. Dolton, IL. 60419
708-646-9459