# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Haroon Arrasheed,

Plaintiff(s),

v.

Chicago Public Schools.

Defendant(s).

Case No. 1:19-cv-7614
Judge Steven C. Seeger

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $     ,

which ☐ includes      pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant(s) Chicago Public Schools
and against plaintiff(s) Haroon Arrasheed

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge      presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☒ decided by Judge Steven C. Seeger on defendant's motion for summary judgment (Dckt. No. [93]).

Date: 12/13/2022

Thomas G. Bruton, Clerk of Court

Jessica J. Ramos , Deputy Clerk